B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Facility Environmental Management Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-1257516** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**512 Iowell Drive**<br>**South Elgin, IL**<br>ZIP Code **60177** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                              Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Facility Environmental Management Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)              (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)


      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Facility Environmental Management Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Carl F. Safanda** _____
Signature of Attorney for Debtor(s)

**Carl F. Safanda 2440695**
Printed Name of Attorney for Debtor(s)

**Safanda Law Firm**
Firm Name

**111 East Side Drive**
**Geneva, IL 60134-2402**

_____
Address

                         **Email: Plegal@xnet.com**
**(630) 262-1761  Fax: (630) 262-1764**
Telephone Number

**December  3, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Karen Mahon** _____
Signature of Authorized Individual

**Karen Mahon**
Printed Name of Authorized Individual

**CEO/President**
Title of Authorized Individual

**December  3, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re   **Facility Environmental Management Inc.**
,
       Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 200.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 94 | | 523,750.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 102 | | | |
| Total Assets | | | 200.00 | | |
| Total Liabilities | | | | 523,750.66 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re    **Facility Environmental Management Inc.**                          ,    Case No. _____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Facility Environmental Management Inc.**                                      ,         Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Facility Environmental Management Inc.** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                          ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office furniture & equipment** | - | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | 200.00 |
| (Total of this page) | | |
| Total > | | 200.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Facility Environmental Management Inc.**                                          Case No. _____

                                        _____,
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re   **Facility Environmental Management Inc.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__0__   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Facility Environmental Management Inc.**                                          Case No. _____
                                                    Debtor                        ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-5481,7363,7362,5503,7358,5504**<br><br>**Ace of Waste**<br>**POB 290730**<br>**Davie, FL 33329** | - | | Trash & recycling services | | | | 1,291.30 |
| Account No. **-2288**<br><br>**Advanced Disposal**<br>**P.O. Box 1539**<br>**Callahan, FL 32011** | | | Trash & recycling services | | | | 260.00 |
| Account No. **-7202**<br><br>**Advanced Disposal**<br>**POB 452048**<br>**Biloxi, MS 39532** | - | | Trash & recycling services | | | | 1,397.08 |
| Account No. **-**<br><br>**Advanced Disposal**<br>**1303 Washington Blvd.**<br>**Tallassee, AL 36078** | - | | Trash & recycling services | | | | 344.91 |

__93__ continuation sheets attached

Subtotal
(Total of this page)          **3,293.29**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-4798**<br><br>**Advanced Disposal**<br>**1303 Washington Blvd.**<br>**Tallassee, AL 36078** | - | | Trash & recycling services | | | | 491.09 |
| Account No. **-4788**<br><br>**Advanced Disposal**<br>**5734 Columbia Road**<br>**Grovetown, GA 30813** | - | | Trash & recycling services | | | | 270.00 |
| Account No. **-9916**<br><br>**Advanced Disposal**<br>**1303 Washington Blvd.**<br>**Tallassee, AL 36078** | - | | Trash & recycling services | | | | 387.00 |
| Account No. **-9916**<br><br>**Advanced Disposal**<br>**2534 Rocky Ridge Road**<br>**Birmingham, AL 35243** | - | | | | | | 0.00 |
| Account No. **-7797**<br><br>**Advanced Disposal**<br>**450496 State Road 200**<br>**Callahan, FL 32011** | - | | Trash & recycling services | | | | 2,369.67 |

| | | |
|---|---|---|
| Sheet no. __1__ of __93__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,517.76 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** _____,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-8965** <br><br> **Advanced Disposal** <br> **14339 Hudson-Krohn Road** <br> **Biloxi, MS 39532** | | - | **Trash & recycling services** | | | | 406.42 |
| Account No. **-7364** <br><br> **Advanced Disposal** <br> **8880 Old Federal Road** <br> **Ball Ground, GA 30107** | | - | **Trash & recycling services** | | | | 675.00 |
| Account No. **-1661** <br><br> **Advanced Disposal** <br> **120 Rodeo Drive** <br> **Jackson, GA 30233** | | - | **Trash & recycling services** | | | | 1,034.55 |
| Account No. **-2127** <br><br> **Advanced Disposal** <br> **450496 State Road 200** <br> **Callahan, FL 32011** | | - | **Trash & recycling services** | | | | 339.53 |
| Account No. **-1580** <br><br> **Advanced Disposal** <br> **P.O. Box 1539** <br> **Callahan, FL 32011** | | - | **Trash & recycling services** | | | | 13,041.10 |

Sheet no. __**2**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **15,496.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-2574** <br><br> **Advanced Disposal** <br> **5111 S. Pine Avenue, Suite M** <br> **Ocala, FL 34480** | | - | | **Trash & recycling services** | | | | 303.80 |
| Account No. **-3395** <br><br> **Advanced Disposal -  West Palm** <br> **363 Tall Pines Road** <br> **West Palm Beach, FL 33413** | | - | | **Trash & recycling services** | | | | 249.14 |
| Account No. **-4687,4687,1326**☐☐ <br><br> **Advanced Disposal - Blue Ridge** <br> **POB 2195** <br> **Blue Ridge, GA 30513** | | - | | **Trash & recycling services** | | | | 1,600.20 |
| Account No. **-0098** <br><br> **Advanced Disposal - Ft. Myers (W2)** <br> **17101 Pine Ridge Road** <br> **Fort Myers Beach, FL 33931** | | - | | **Trash & recycling services** | | | | 658.50 |
| Account No. **-0098** <br><br> **Advanced Disposal - Ft. Myers (W2)** <br> **17101 Pine Ridge Road** <br> **Fort Myers Beach, FL 33931** | | - | | **Trash & recycling services** | | | | 1,446.95 |

Sheet no. __**3**___ of __**93**___ sheets attached to Schedule of                                    Subtotal                   4,258.59
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Facility Environmental Management Inc.**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-9893,4794,9892,9906,9908,4795** | | | **Trash & recycling services** | | | | |
| **Advanced Disposal - Jacksonville** **7580 Phillips Highway** **Jacksonville, FL 32256** | - | | | | | | 5,930.32 |
| Account No. **-9910,9911,5839,0475,0005,0004** | | | **Trash & recycling services** | | | | |
| **Advanced Disposal - Jacksonville** **7580 Phillips Highway** **Jacksonville, FL 32256** | - | | | | | | 3,385.08 |
| Account No. **-3224** | | | **Trash & recycling services** | | | | |
| **Advanced Disposal - Macon** **2201 Trade Drive** **Macon, GA 31217** | - | | | | | | 381.84 |
| Account No. **-7756** | | | **Trash & recycling services** | | | | |
| **Advanced Disposal - P2** **1964 S. Irabge Blossom Trail** **Apopka, FL 32703** | - | | | | | | 2,885.33 |
| Account No. **-8944,8952,8952,9822** | | | **Trash & recycling services** | | | | |
| **Advanced Disposal - Southeast** **5111 S. Pine Ave** **Suite M** **Ocala, FL 34480** | - | | | | | | 8,633.68 |

Sheet no. __**4**___ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **21,216.25**

B6F (Official Form 6F) (12/07) - Cont.

In re **Facility Environmental Management Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-0161**<br><br>**Advanced Disposal - Southeast**<br>**P.O. Box 6484**<br>**Carol Stream, IL 60197** | - | | | | **Trash & recycling services** | | | | 962.49 |
| Account No. **-6189,6190,4529**<br><br>**Advanced Disposal - Southeast P5**<br>**1101 Hawkins Street**<br>**Valdosta, GA 31601** | - | | | | **Trash & recycling services** | | | | 3,031.09 |
| Account No. **-1616**<br><br>**Advanced Disposal - Southest P6**<br>**1515 Pecan Lane**<br>**Albany, GA 31705** | - | | | | | | | | 740.00 |
| Account No. **-3457,5279,0012,0161,9682,3385**<br><br>**Advanced Disposal Southeast**<br>**P.O. Box 430**<br>**Moody, AL 35004** | - | | | | **Trash & recycling services** | | | | 10,362.82 |
| Account No. **-0216**<br><br>**All Digital Zone**<br>**814 Foster Avenue**<br>**Bensenville, IL 60106** | - | | | | **IT services** | | | | 899.00 |

| | | |
|---|---|---|
| Sheet no. **5** of **93** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 15,995.40 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-0760** <br><br> **Allied Waste** <br> **2910 Plaifox Street** <br> **Pensacola, FL 32501** | | - | Trash & recycling services | | | | 194.17 |
| Account No. **-0760** <br><br> **Allied Waste** <br> **2910 Palafox Street** <br> **Pensacola, FL 32501** | | - | Trash & recycling services | | | | 0.00 |
| Account No. **-3366** <br><br> **Allied Waste** <br> **3240 Highway 42 W** <br> **Hattiesburg, MS 39402-9147** | | - | Trash & recycling services | | | | 521.28 |
| Account No. **-4140** <br><br> **Allied Waste** <br> **3720 Varner Drive** <br> **Mobile, AL 36693** | | - | Trash & recycling services | | | | 180.83 |
| Account No. **-6530** <br><br> **Allied Waste** <br> **1035 Old Brandon Road** <br> **Flowood, MS 39232** | | - | Trash & recycling services | | | | 396.04 |

Sheet no. __6___ of _93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,292.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                              ,  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-2429** <br><br> **Allied Waste** <br> **5111 Chin Page Road** <br> **Durham, NC 27703** | - | | Trash & recycling services | | | | 700.71 |
| Account No. **-1067** <br><br> **Allied Waste** <br> **110 Ready Ave. NW** <br> **Fort Walton Beach, FL 32548** | - | | Trash & recycling services | | | | 360.00 |
| Account No. **-6807** <br><br> **Allied Waste** <br> **POB 1310** <br> **Scott, LA 70583** | - | | Trash & recycling services | | | | 784.57 |
| Account No. **-1292** <br><br> **Allied Waste** <br> **2910 Plalfox Street** <br> **Pensacola, FL 32501** | - | | Trash & recycling services | | | | 90.99 |
| Account No. **-7559,1068,1067** <br><br> **Allied Waste #463** <br> **110 Ready Ave NW** <br> **Fort Walton Beach, FL 32548** | - | | Trash services | | | | 2,246.43 |

Sheet no. __**7**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **4,182.70**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-7672** | | | | | Trash & recycling services | | | | |
| **Allied Waste #466** **2217 E. 13th  Street** **Yuma, AZ 85365** | - | | | | | | | | 243.54 |
| Account No. **-3504** | | | | | Trash & recycling services | | | | |
| **Allied Waste #484** **P.O. Box 1317** **Andalusia, AL 36420** | - | | | | | | | | 938.46 |
| Account No. **-1889** | | | | | Trash & recycling services | | | | |
| **Allied Waste #625** **18500 N. Allied Way** **Phoenix, AZ 85054** | - | | | | | | | | 3,181.34 |
| Account No. **-1624** | | | | | Trash & recycling services | | | | |
| **Allied Waste #625** **18500 N. Allied Way** **Phoenix, AZ 85054** | - | | | | | | | | 4,320.35 |
| Account No. **-8331** | | | | | Trash & recycling services | | | | |
| **Allied Waste #633** **POB 9001099** **Louisville, KY 40290** | - | | | | | | | | 253.00 |

Sheet no. __**8**___ of __**93**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,936.69**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.** _____ ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-1230** <br><br> **Allied Waste #633** <br> **409 N. Hunter Street** <br> **Anniston, AL 36201** | - | | Trash & recycling services | | | | 456.98 |
| Account No. **-1230** <br><br> **Allied Waste #633** <br> **409 N. Hunter Street** <br> **Anniston, AL 36201** | - | | Trash & recycling services | | | | 226.32 |
| Account No. **-3419** <br><br> **Allied Waste #782** <br> **1431 Sumter Highway** <br> **Bishopville, SC 29010** | - | | Trash & recycling services | | | | 398.99 |
| Account No. **-4850** <br><br> **Allied Waste #785** <br> **967 Hancock St** <br> **Suite 141** <br> **Bullhead City, AZ 86442** | - | | Trash & recycling services | | | | 451.23 |
| Account No. **-9492** <br><br> **Allied Waste #794** <br> **1450 E. Cleveland Road** <br> **Hutchins, TX 75141** | - | | Trash & recycling services | | | | 126.15 |

Sheet no. __9__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,659.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                   , Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-3967** <br><br> **Allied Waste #808** <br> **3720 Varner Drive** <br> **Mobile, AL 36693** | - | | | | **Trash & recycling services** | | | | 312.99 |
| Account No. **-1561** <br><br> **Allied Waste #808** <br> **3720 Vamer Drive** <br> **Mobile, AL 36693** | - | | | | **Trash & Recycling services** | | | | 475.90 |
| Account No. **-6638** <br><br> **Allied Waste #823** <br> **1035 Old Brandon Road** <br> **Flowood, MS 39232** | - | | | | **Trash & recycling services** | | | | 799.16 |
| Account No. **-6661** <br><br> **Allied Waste #823** <br> **1035 Old Brandon Road** <br> **Flowood, MS 39232** | - | | | | **Trash & recycling services** | | | | 507.62 |
| Account No. **-0351** <br><br> **Allied Waste #832** <br> **P.O. Box 1249** <br> **Sulphur, LA 70664** | - | | | | **Trash & recycling services** | | | | 1,970.57 |

Sheet no. __**10**__ of __**93**__ sheets attached to Schedule of        Subtotal        | 4,066.24
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                                                    , Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-2049** | | | | **Trash & recycling services** | | | | |
| **Allied Waste #841** **850 E. Jefferson Pike** **Murfreesboro, TN 37130** | | - | | | | | | 226.79 |
| Account No. **-3604** | | | | **Trash & recycling services** | | | | |
| **Allied Waste #843** **P.O. Box 820** **Del Valle, TX 78617** | | - | | | | | | 495.92 |
| Account No. **-6210** | | | | **Trash & recycling services** | | | | |
| **Allied Waste #852** **8101 E. Little York Road** **Houston, TX 77016** | | - | | | | | | 621.36 |
| Account No. **-8087** | | | | **Trash & recycling services** | | | | |
| **Allied Waste #868** **48 Landfill Road** **Leland, MS 38756** | | - | | | | | | 709.69 |
| Account No. **-6936** | | | | **Trash & recycling services** | | | | |
| **Allied Waste #869** **1010 Roger Road** **Marks, MS 38646** | | - | | | | | | 793.62 |

Sheet no. __11__ of __93__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       2,847.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-3224** <br><br> **Allied Waste #993** <br> **451 Conway Ct.** <br> **Lexington, KY 40511** | - | | **Trash & recycling services** | | | | 584.36 |
| Account No. **-2353** <br><br> **Allied Waste #997** <br> **1018 E. 38th Street** <br> **Chattanooga, TN 37407** | - | | **Trash & recycling services** | | | | 326.28 |
| Account No. **-3425** <br><br> **Allied Waste Services** <br> **4704 Commercial Drive** <br> **Huntsville, AL 35816-2204** | - | | **Trash & recycling services** | | | | 296.16 |
| Account No. **-2434,7711,7703** <br><br> **Allied Waste Services #825** <br> **POB 9001099** <br> **Louisville, KY 40290** | - | | **Trash & recycling services** | | | | 1,411.44 |
| Account No. **-2006** <br><br> **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096-8000** | - | | | | | | 8,500.00 |

Sheet no. __12__ of __93__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **11,118.24**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                          ,      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-** <br><br> **Ard's Container Service** <br> **P.O. Box 7823** <br> **Columbia, SC 29202** | | - | | | | | | 129.00 |
| Account No. **-2500** <br><br> **ARM Solutions/Waste Pro Daytona** <br> **2101 W SR 434** <br> **Longwood, FL 32779** | | - | | **Trash & recycling services** | | | | 435.00 |
| Account No. **-5093** <br><br> **AT&T** <br> **P.O. Box 5093** <br> **Carol Stream, IL 60197-5093** | | - | | **2013** <br> **Phone service** | | | | 469.15 |
| Account No. **-5504** <br><br> **Athens Utilities** <br> **POB 1089** <br> **Athens, AL 35612** | | - | | | | | | 0.00 |
| Account No. **FEM** <br><br> **Atholl Group, LP** <br> **700 E. Main St., Suite E** <br> **St. Charles, IL 60174** | | - | | | | | | 10,976.66 |

| | |
|---|---|
| Sheet no. __**13**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   **12,009.81** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                                                    Case No. _____
_____,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-0450** Benfield Sanitation 282 Scotts Creek Road Statesville, NC 28625 | | - | | | Trash & recycling services | | | | 1,236.00 |
| Account No. **-2112** Board of Public Utilities POB 460 Paris, TN 38242 | | - | | | Trash & recycling services | | | | 0.00 |
| Account No. **-xxxxalls** BP Environmental POB 188 Chalfont, PA 18914 | | - | | | Trash & recycling services | | | | 784.00 |
| Account No. **-** Bullock County P.O. Box 347 Statesboro, GA 30459 | | - | | | | | | | 117.42 |
| Account No. **-1110** C&D Disposal P.O. Box 206 Stanton, CA 90680 | | - | | | Trash & recycling services | | | | 209.36 |

Sheet no. __14__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,346.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**_____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-9670**<br><br>**Carolina Waste**<br>**5264 B International Blvd.**<br>**Ste. 100**<br>**North Charleston, SC 29418** | - | | | Trash & recycling services | | | | 244.00 |
| Account No. **-9670**<br><br>**Carolina Waste**<br>**5264 B International Blvd.**<br>**Ste. 100**<br>**North Charleston, SC 29418** | - | | | Trash & recycling services | | | | 244.00 |
| Account No. **-**<br><br>**Carter's Royale**<br>**198 McJunkin Road**<br>**Toccoa, GA 30577** | - | | | Trash & recycling services | | | | 1,020.00 |
| Account No. **-xxxxxs495**<br><br>**Central Carolina Waste**<br>**POB 4695**<br>**Asheboro, NC 27204** | - | | | Trash & recycling services | | | | 900.00 |
| Account No. **-4279**<br><br>**Central Texas Refuse**<br>**POB 18685**<br>**Austin, TX 78760** | - | | | Trash & recycling services | | | | 3,847.99 |

Sheet no. __**15**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,255.99**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-5311** | | | - | Trash & recycling services | | | | |
| Choice 119 5594 6th St. W. Lehigh Acres, FL 33971 | | | | | | | | 1,892.39 |
| Account No. **-** | | | - | | | | | |
| City of Andalusia P.O. Box 790 Andalusia, AL 36420 | | | | | | | | 0.00 |
| Account No. **-1115** | | | - | Trash & recycling services | | | | |
| City of Apopka P.O. Box 1188 Apopka, FL 32704 | | | | | | | | 243.69 |
| Account No. | | | - | | | | | |
| City of Arcadia POB 191 Arcadia, FL 34265 | | | | | | | | 0.00 |
| Account No. **-9674** | | | - | Utility | | | | |
| City of Avon Park 110 E. Main Street Avon Park, FL 33825 | | | | | | | | 0.00 |

Sheet no. __**16**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,136.08

B6F (Official Form 6F) (12/07) - Cont.

In re **Facility Environmental Management Inc.** _____,    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **City of Bartow** **POB 1069** **Bartow, FL 33831** | | | | | | | | **0.00** |
| Account No. **-0025** | | - | | **Trash & recycling services** | | | | |
| **City of Bradenton** **POB 1339** **Bradenton, FL 34206** | | | | | | | | **3,017.22** |
| Account No. | | - | | | | | | |
| **City of Brooksville** **201 Howell Avenue** **Brooksville, FL 34601** | | | | | | | | **0.00** |
| Account No. **-1707** | | - | | **trash & recycling services** | | | | |
| **City of Brownwood** **P.O. Box 1389** **Brownwood, TX 76804** | | | | | | | | **0.00** |
| Account No. **-4003** | | - | | **Trash & recycling services** | | | | |
| **City of Camden** **POB 7002** **Camden, SC 29021** | | | | | | | | **0.00** |

Sheet no. __17__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,017.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                                   ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J c | J C | | | | | |
| Account No. -xxxxxs #355<br><br>**City of Campbellsville<br>110 S. Columbia Ave<br>Suite B<br>Campbellsville, KY 42718** | | - | | | **Trash & recycling services** | | | | 111.20 |
| Account No. -80.01<br><br>**City of Cayce<br>P.O. Box 2004<br>West Columbia, SC 29171** | | - | | | **Trash & recycling services** | | | | 510.00 |
| Account No. -<br><br>**City of Center<br>P.O. Box 1988<br>Center, TX 75935** | | - | | | | | | | 0.00 |
| Account No.<br><br>**City of Chiefland<br>214 E. Park Ave.<br>Chiefland, FL 32626** | | - | | | **Trash & recycling services** | | | | 0.00 |
| Account No.<br><br>**City of Chipley (WM)<br>POB 1007<br>Chipley, FL 32428** | | - | | | **Trash & recycling services** | | | | 0.00 |

Sheet no. __18__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **621.20**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                              ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-6897**<br><br>**City of Clearwater**<br>**POB 30020**<br>**Tampa, FL 33630** | - | | | **Trash & recycling services** | | | | 234.64 |
| Account No. **-xx0000**<br><br>**City of Cleburne**<br>**POB 657**<br>**Cleburne, TX 76033** | - | | | **Trash & recycling services** | | | | 645.12 |
| Account No. **-0097**<br><br>**City of Clinton**<br>**POB 199**<br>**Clinton, NC 28329** | - | | | **trash & sanitation services** | | | | 0.00 |
| Account No. **-6100**<br><br>**City of Cocoa Beach**<br>**65 Stone Street**<br>**Cocoa, FL 32922** | - | | | **trash & recycling services** | | | | 120.00 |
| Account No. **-3514**<br><br>**City of College Station**<br>**300 Krenek Tap Road**<br>**College Station, TX 77842** | - | | | **trash & sanitation services** | | | | 14.47 |

Sheet no. __**19**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,014.23

B6F (Official Form 6F) (12/07) - Cont.

In re **Facility Environmental Management Inc.** ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-1202** | | | | | | | |
| City of Commerce 1119 Alamo Commerce, TX 75428 | - | | | | | | 0.00 |
| Account No. **-0463** | | | | | | | |
| City of Conway 1000 2nd Ave. POB 1507 Conway, SC 29528 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| City of Crestview P.O. Box 1209 Crestview, FL 32536 | - | | | | | | 0.00 |
| Account No. | | | Trash & recycling services | | | | |
| City of Crystal River 123 Northwest Highway 19 Crystal River, FL 34428 | - | | | | | | 0.00 |
| Account No. | | | Trash & recycling services | | | | |
| City of Daytona Beach P.O. Box 2455 Daytona Beach, FL 32115 | - | | | | | | 0.00 |

Sheet no. __**20**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                              ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **-3913** | | | | trash & sanitation services | | | | |
| City of Deerfield Beach 150 NE 2nd Avenue Deerfield Beach, FL 33441 | | - | | | | | | 0.00 |
| Account No. **-** | | | | | | | | |
| City of Defuniak Springs 71 US Highway 90 W Defuniak Springs, FL 32435 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| City of Deland 120 S. Florida Ave. Deland, FL 32720 | | - | | | | | | 0.00 |
| Account No. **-24-01** | | | | Trash & recycling services | | | | |
| City of Douglas POB 102954 Atlanta, GA 30368 | | - | | | | | | 668.34 |
| Account No. **-4044** | | | | Trash & sanitation services | | | | |
| City of Douglasville 6695 Church Street Douglasville, GA 30134 | | - | | | | | | 1,050.08 |
| Sheet no. __21__ of __93__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 1,718.42 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-9712** <br><br> **City of Dublin** <br> **POB 690** <br> **Dublin, GA 31040** | | - | | utility | | | | 0.00 |
| Account No. <br><br> **City of Dunedin** <br> **POB 2039** <br> **Dunedin, FL 34697** | | - | | **Trash & recycling services** | | | | 0.00 |
| Account No. **-** <br><br> **City of Edgewater** <br> **P.O. Box 1190** <br> **Edgewater, FL 32132** | | - | | | | | | 0.00 |
| Account No. **-1701** <br><br> **City of Edinburg** <br> **8601 N. Jasman Road** <br> **Edinburg, TX 78540** | | - | | **trash & sanitation services** | | | | 313.50 |
| Account No. **-** <br><br> **City of Elizabethton** <br> **136 S. Sycamore St.** <br> **Elizabethton, TN 37643** | | - | | | | | | 0.00 |

Sheet no. __**22**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

313.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** _____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trash & recycling services | | | | |
| City of Eufaula 560 East Biaundary Street Eufaula, AL 36027 | | | | | | | | 0.00 |
| Account No. **-x19.74** | | - | | V | | | | |
| City of Fernadina Beach 1180 S. 5th Street Fernandina Beach, FL 32035 | | | | | | | | 310.36 |
| Account No. **-1070** | | - | | | | | | |
| City of Fitzgerald POB 667 Fitzgerald, GA 31750 | | | | | | | | 0.00 |
| Account No. **-** | | - | | | | | | |
| City of Florence P.O. 98 Florence, AL 35630 | | | | | | | | 0.00 |
| Account No. **-1041** | | - | | Trash & recycling services | | | | |
| City of Foley - WM P.O. Box 1750 Foley, AL 36536 | | | | | | | | 86.58 |

Sheet no. __23__ of __93__ sheets attached to Schedule of           Subtotal                      396.94
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                                ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-3101** | | | | **Trash & recycling services** | | | | |
| **City of Franklin** **117 Cedar Street** **Franklin, KY 42134** | | - | | | | | | **180.00** |
| Account No. | | | | | | | | |
| **City of Ft Pierce** **P.O. Box 3191** **Fort Pierce, FL 34948** | | - | | | | | | **0.00** |
| Account No. | | | | **Trash & recycling services** | | | | |
| **City of Ft. Myers** **P.O. Box 340** **Fort Myers, FL 33902** | | - | | | | | | **0.00** |
| Account No. **-** | | | | | | | | |
| **City of Ft. Payne** **100 Alabama Avenue NW** **Fort Payne, AL 35967** | | - | | | | | | **0.00** |
| Account No. | | | | **Trash & recycling services** | | | | |
| **City of Griffin** **100 South Hill Street** **Griffin, GA 30224** | | - | | | | | | **0.00** |

Sheet no. __24__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **180.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Facility Environmental Management Inc.**_____,    Case No. _____
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. **-** <br><br> **City of Haines City** <br> **P.O. Box 1507** <br> **Haines City, FL 33845** | | - | | | | | | 0.00 |
| Account No. <br><br> **City of Hallandale Beach** <br> **400 S. Federal Highway** <br> **Hallandale, FL 33009** | | - | | | | | | 0.00 |
| Account No. **-0400** <br><br> **City of Helena** <br> **POB 369** <br> **Helena, GA 31037** | | - | | utility | | | | 0.00 |
| Account No. **-x0000** <br><br> **City of High Springs** <br> **110 NW 1st Ave.** <br> **High Springs, FL 32643** | | - | | **Trash & recycling services** | | | | 651.77 |
| Account No. **-7245** <br><br> **City of Homestead** <br> **P.O. Box 31576** <br> **Tampa, FL 33631** | | - | | trash & recycling services | | | | 0.00 |

Sheet no. __**25**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    651.77

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                     ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **City of Inverness** **212 West Main Street** **Inverness, FL 34748** | | | | | | | | **0.00** |
| Account No. **-** | | - | | | | | | |
| **City of Jacksonville** **P.O. Box 128** **Jacksonville, NC 28541** | | | | | | | | **0.00** |
| Account No. **-1215** | | - | | trash & sanitation services | | | | |
| **City of Jasper** **POB 1669** **Jasper, AL 35502** | | | | | | | | **498.40** |
| Account No. **-** | | - | | | | | | |
| **City of Jesup** **950 Sunset Blvd.** **Jesup, GA 31545** | | | | | | | | **0.00** |
| Account No. **-** | | - | | | | | | |
| **City of Kilgore** **P.O. Box 990** **Kilgore, TX 75663** | | | | | | | | **0.00** |

Sheet no. __26__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **498.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-0547** | | | **trash & recycling services** | | | | |
| **City of Kingman** **310 N. 4th Street** **Kingman, AZ 86401** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **City of Kissimmee** **2671 W. Osceola Parkway** **Kissimmee, FL 34741** | | - | | | | | 0.00 |
| Account No. | | | **Trash & recycling services** | | | | |
| **City of Lakeland** **P.O. Box 32006** **Lakeland, FL 33802** | | - | | | | | 0.00 |
| Account No. **-** | | | | | | | |
| **City of Lawrenceburg** **1607 N. Locust Ave** **Lawrenceburg, TN 38464** | | - | | | | | 0.00 |
| Account No. | | | **Trash & recycling services** | | | | |
| **City of Leesburg** **POB 491286** **Leesburg, FL 34748** | | - | | | | | 0.00 |

Sheet no. __27__ of __93__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-0005** | | | | | | | |
| **City of London** **364 Barbourvile Road** **London, KY 40744** | | - | | | | | |
| | | | | | | | **0.00** |
| Account No. **-** | | | | | | | |
| **City of Lufkin** **P.O. Box 190** **Lufkin, TX 75902** | | - | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | | | | | |
| **City of Madison** **321 SW Rutledge Street** **Madison, FL 32340** | | - | | | | | |
| | | | | | | | **0.00** |
| Account No. **-9-001** | | | Trash & recycling services | | | | |
| **City of Marshall** **POB 698** **Marshall, TX 75671** | | - | | | | | |
| | | | | | | | **272.68** |
| Account No. | | | Trash & recycling services | | | | |
| **City of McComb** **POB 667** **McComb, MS 39649** | | - | | | | | |
| | | | | | | | **0.00** |

Sheet no. __28__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **272.68**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                                              ,      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Milton** <br> **P.O. Box 909** <br> **Milton, FL 32572** | | - | **Trash & recycling services** | | | | 0.00 |
| Account No. **-6046** <br><br> **City of Monroe** <br> **215 N. Broad Street** <br> **Monroe, GA 30655** | | - | **Trash & sanitation services** | | | | 0.00 |
| Account No. **-2002** <br><br> **City of Mt. Pleasant** <br> **501 N. Madison** <br> **Mount Pleasant, TX 75455** | | - | **Trash & recycling services** | | | | 0.00 |
| Account No. **-8004** <br><br> **City of Mt. Sterling** <br> **33 N. Maysville Street** <br> **Mount Sterling, KY 40353** | | - | **Trash & recycling services** | | | | 0.00 |
| Account No. **-7507** <br><br> **City of Nacogdoches** <br> **POB 635090** <br> **Nacogdoches, TX 75963** | | - | **Trash & recycling services** | | | | 0.00 |

Sheet no. __**29**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **Facility Environmental Management Inc.**                                      ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. - <br><br> **City of Neptune Beach** <br> **116 First Street** <br> **Neptune Beach, FL 32266** | | - | | | | | | 0.00 |
| Account No. **-7003** <br><br> **City of Niceville** <br> **208 N. Partin Drive** <br> **Niceville, FL 32578** | | - | | utility | | | | 0.00 |
| Account No. **-3398** <br><br> **City of North Port** <br> **1100 N. Chamberland Blvd** <br> **North Port, FL 34286** | | - | | **Trash & recycling services** | | | | 4,796.65 |
| Account No. **-6524** <br><br> **City of North Port** <br> **1100 N. Chamberland Blvd** <br> **North Port, FL 34286** | | - | | **Trash & recycling services** | | | | 320.17 |
| Account No. **-6964** <br><br> **City of Ocala** <br> **2200 NE 30th Avenue** <br> **Ocala, FL 34470** | | - | | **Trash & sanitation services** | | | | 0.00 |

Sheet no. __**30**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,116.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**         ,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Oldsmar** <br> **100 State St. W** <br> **Oldsmar, FL 34677** | - | | | | | | 0.00 |
| Account No. <br><br> **City of Orlando** <br> **P.O. Box 4990** <br> **Orlando, FL 32802** | - | | | | | | 0.00 |
| Account No. <br><br> **City of Ormond Beach** <br> **22 South Beach Street** <br> **Ormond Beach, FL 32174** | - | | | | | | 0.00 |
| Account No. **-1235** <br><br> **City of Palatka** <br> **201 N. 2nd Street** <br> **Palatka, FL 32177** | - | | **Trash & recycling services** | | | | 0.00 |
| Account No. **-1001** <br><br> **City of Palestine** <br> **504 North Queen Street** <br> **Palestine, TX 75801** | - | | **Trash & recycling services** | | | | 0.00 |

Sheet no. __**31**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      (Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                    ,      Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-0012** | | | | | **Trash & recycling services** | | | | |
| **City of Pembroke Pines** **13975 Pembroke Road** **Pembroke Pines, FL 33027** | | - | | | | | | | 1,219.00 |
| Account No. **-** | | | | | | | | | |
| **City of Plainview** **901 Broadway Street** **Plainview, TX 79072** | | - | | | | | | | 0.00 |
| Account No. | | | | | **Trash & recycling services** | | | | |
| **City of Plant City** **1802 W. Spooner Drive** **Plant City, FL 33566** | | - | | | | | | | 0.00 |
| Account No. **-8620** | | | | | **Trash & sanitation services** | | | | |
| **City of Port Orange** **POB 291037** **Port Orange, FL 32129** | | - | | | | | | | 0.00 |
| Account No. | | | | | **Trash & recycling services** | | | | |
| **City of Prescott** **201 S. Cortez** **Prescott, AZ 86303** | | - | | | | | | | 0.00 |

Sheet no. __**32**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,219.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-7000**<br><br>**City of Rosenberg**<br>**POB 631**<br>**Rosenberg, TX 77471** | | - | **Trash & recycling services** | | | | **0.00** |
| Account No. **-0159**<br><br>**City of Ruston**<br>**401 Trenton St.**<br>**Ruston, LA 71270** | | - | **Trash & recycling services** | | | | **0.00** |
| Account No. **-6605**<br><br>**City of Sanford**<br>**P.O. Box 2847**<br>**Sanford, FL 32772** | | - | **Trash & recycling services** | | | | **528.06** |
| Account No.<br><br>**City of Sarasota**<br>**1761 12th Street**<br>**Sarasota, FL 34230** | | - | **Trash services** | | | | **0.00** |
| Account No. **-01-01**<br><br>**City of Seabrook**<br>**1700 First Street**<br>**Seabrook, TX 77586** | | - | **Utility** | | | | **860.84** |

Sheet no. __**33**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,388.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** _____,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Sebring**<br>**POB 9900**<br>**Sebring, FL 33871** | - | | **Trash & recycling services** | | | | 0.00 |
| Account No.<br><br>**City of St. Cloud**<br>**POB 31304**<br>**Tampa, FL 33631** | - | | **Trash & recycling services** | | | | 0.00 |
| Account No.  **-6141**<br><br>**City of St. Petersburg**<br>**P.O. Box 33034**<br>**Saint Petersburg, FL 33733** | - | | **Utility** | | | | 0.00 |
| Account No.  **-5401**<br><br>**City of St. Petersburg**<br>**P.O. Box 33034**<br>**Saint Petersburg, FL 33733** | - | | **Utility** | | | | 0.00 |
| Account No.  **-6141**<br><br>**City of St. Petersburg**<br>**POB 33034**<br>**Saint Petersburg, FL 33733** | - | | **Trash & recycling services** | | | | 0.00 |

Sheet no. __34__ of __93__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                          ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-6141** | | | | **Utility** | | | | |
| **City of St. Petersburg** **P.O. Box 33034** **Saint Petersburg, FL 33733** | - | | | | | | | 0.00 |
| Account No. | | | | **Trash & recycling services** | | | | |
| **City of Starke** **PO Drawer C** **Starke, FL 32091** | - | | | | | | | 0.00 |
| Account No. **-** | | | | | | | | |
| **City of Statesboro** **P.O. Box 348** **Statesboro, GA 30459** | - | | | | | | | 0.00 |
| Account No. **-113-0** | | | | **Trash & recycling services** | | | | |
| **City of Stephenville** **298 W. Washington** **Stephenville, TX 76401** | - | | | | | | | 238.15 |
| Account No. **-6363** | | | | **Rolloff** | | | | |
| **City of Sunrise** **POB 452048** **Sunrise, FL 33345-9998** | - | | | | | | | 645.50 |

Sheet no. __35__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

883.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. -<br><br>**City of Surfside Beach**<br>**115 Highway 17 North**<br>**Surfside Beach, SC 29575** | | - | | | | | | 0.00 |
| Account No.<br><br>**City of Tallahassee**<br>**600 N. Monroe Street**<br>**Tallahassee, FL 32301** | | - | | | | | | 0.00 |
| Account No.  **-6602**<br><br>**City of Tallahassee/Marpan**<br>**600 N. Monroe Street**<br>**Tallahassee, FL 32301** | | - | | **Trash & recycling services** | | | | 100.47 |
| Account No.<br><br>**City of Tampa**<br>**POB 30191**<br>**Tampa, FL 33630** | | - | | **Trash & recycling services** | | | | 0.00 |
| Account No.<br><br>**City of Tarpon Springs**<br>**POB 5004**<br>**Tarpon Springs, FL 34688** | | - | | **Trash services** | | | | 0.00 |

Sheet no. __**36**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

100.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                    ,     Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Titusville** <br> **POB 818** <br> **Titusville, FL 32781** | | - | Trash & recycling services | | | | 0.00 |
| Account No. **-x4306** <br><br> **City of Truth or Consequences** <br> **505 Sims Street** <br> **Truth Or Consequences, NM 87901** | | - | Trash & recycling services | | | | 0.00 |
| Account No. <br><br> **City of Venice** <br> **401 W. Venice Ave.** <br> **Venice, FL 34285** | | - | Trash & recycling services | | | | 0.00 |
| Account No. **-** <br><br> **City of Vidalia** <br> **P.O. Box 280** <br> **Vidalia, GA 30475** | | - | | | | | 0.00 |
| Account No. **-1900** <br><br> **City of Vidor** <br> **1395 N. Main** <br> **Vidor, TX 77662** | | - | Trash & recycling services | | | | 313.88 |

Sheet no. __37__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              313.88

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. - | | | | | | | | |
| City of Wauchla P.O. Box 818 Wauchula, FL 33873 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. -2501 | | | | Trash & recycling services | | | | |
| City of Wilcox 101 S. Railroad Ave. Willcox, AZ 85643 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. -9538 | | | | Trash & recycling services | | | | |
| City of Winter Garden 8 N. Highland Winter Garden, FL 34787 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| City of Winter Haven P.O. Box 2277 Winter Haven, FL 33883 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. -x0000 | | | | Trash & recycling services | | | | |
| City of Zephyrhills 5335 8th St. Zephyrhills, FL 33542 | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __38__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-3245,8279,7776,9819,7016**<br><br>**Clarksville Disposal**<br>**50 North Reynolds Street**<br>**Clarksville, TN 37040** | - | | Trash & recycling services | | | | **6,770.00** |
| Account No. **-3103**<br><br>**Clewiston Utilities**<br>**141 Central Avenue**<br>**Clewiston, FL 33440** | - | | | | | | **0.00** |
| Account No. **-0097**<br><br>**Clinton Public Works**<br>**POB 199**<br>**Clinton, NC 28328** | - | | Trash & sanitation services | | | | **0.00** |
| Account No. **-3200**<br><br>**Coastal Container**<br>**POB 362**<br>**Cantonment, FL 32533** | - | | Rolloff | | | | **225.00** |
| Account No. **-**<br><br>**Community High Schools**<br>**708 W. Park Avenue**<br>**Libertyville, IL 60048** | - | | 7/2013<br>Trash & recycling services | | | | **11,400.00** |

Sheet no. __**39**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,395.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **none** <br><br> **Consolidated Waste** <br> **61 Azalea Drive** <br> **Weaverville, NC 28787** | | - | | **Trash & recycling services** | | | | 163.96 |
| Account No. **none** <br><br> **Consolidated Waste** <br> **61 Azalea Drive** <br> **Weaverville, NC 28787** | | - | | **Trash & recycling services** | | | | 0.00 |
| Account No. **-Bealls** <br><br> **Copperstate Sanitation** <br> **P.O. Box 1200** <br> **Claypool, AZ 85532** | | - | | **Trash & recycling services** | | | | 1,887.90 |
| Account No. **-4171** <br><br> **Corinth Gas & Water** <br> **305 W. Waldon** <br> **Corinth, MS 38835** | | - | | **Trash & recycling services** | | | | 330.00 |
| Account No. **-1259,1228,4764,1360,1480** <br><br> **Corporate Services** <br> **POB 1048** <br> **Dandridge, TN 37725** | | - | | **Trash & recycling services** | | | | 2,122.00 |

Sheet no. __**40**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,503.86

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-6598**<br><br>**Corpus Christi Disposal**<br>**13130 Leopard**<br>**Corpus Christi, TX 78426** | | - | Trash & recycling services | | | | 807.66 |
| Account No. **-3490**<br><br>**Cumberland Waste**<br>**81 Stevens St.**<br>**Crossville, TN 38555** | | - | Trash & recycling services | | | | 917.76 |
| Account No.<br><br>**David Brown**<br>**local person** | | - | | | | | 0.00 |
| Account No. **-2004**<br><br>**Deep Green Waste & Recycling**<br>**419 E. Crossville Road**<br>**Suite 104**<br>**Roswell, GA 30075** | | - | Trash & recycling services | | | | 314.00 |
| Account No. **-4210**<br><br>**Delta Disposal/Waste Connections**<br>**P.O. Box 13355**<br>**Monroe, LA 71213** | | - | Trash & Recycling services | | | | 600.00 |

Sheet no. __41__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,639.42**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** _____ ,    Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **-4239** | | | | | Trash & recycling services | | | | |
| Delta Disposal/Waste Connections P.O. Box 13355 Monroe, LA 71213 | - | | | | | | | | 640.00 |
| Account No. **-2194** | | | | | Trash & recycling services | | | | |
| Delta Sanitation P.O. Box 669 Ocean Springs, MS 39566 | - | | | | | | | | 636.30 |
| Account No. **-5232,5232,7961** | | | | | Trash & Recycling services | | | | |
| Delta Sanitation - Mobile POB 93 Theodore, AL 36590 | - | | | | | | | | 382.00 |
| Account No. **n/a** | | | | | | | | | |
| Denise Pazdzioch 6N 577 Jupiter Court St. Charles, IL 60175 | - | | | | | | | | 2,573.44 |
| Account No. **-558-6** | | | | | Trash & recycling services | | | | |
| Desert Valley Disposal POB 2720 Palm Springs, CA 92263-2720 | - | | | | | | | | 708.03 |

Sheet no. __42__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,939.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-3299** <br><br> **Diamond Disposal** <br> **P.O. Box 1633** <br> **Ferriday, LA 71334** | - | | **Trash & Recycling services** | | | | 515.00 |
| Account No. **-582** <br><br> **Dumpster Dumpsters, Inc.** <br> **1600 Broadway** <br> **Kerrville, TX 78028** | - | | **Trash & recycling services** | | | | 316.31 |
| Account No. **-5100** <br><br> **East Coast Paper** <br> **5035 Nova Road** <br> **Rockledge, FL 32955** | - | | **Recycling services** | | | | 150.00 |
| Account No. **-5200** <br><br> **East Coast Paper** <br> **5035 Nova Road** <br> **Rockledge, FL 32955** | - | | **Trash & recycling services** | | | | 378.87 |
| Account No. **Personal Loan** <br><br> **Ed Buckholz** <br> **47 W 4571 Trail** <br> **Virgil, IL 60151** | - | | | | | | 11,156.25 |

Sheet no. __**43**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,516.43

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                                      ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-xxxxxs808**<br><br>**Empire Waste**<br>**19695 East Via Del Oro**<br>**Queen Creek, AZ 85142** | - | | **trash & recycling services** | | | | 1,797.00 |
| Account No. **-2314**<br><br>**Enviro Inc**<br>**P.O. Box 400**<br>**Ellisville, MS 39437** | - | | **Trash & recycling services** | | | | 408.00 |
| Account No. **-7759**<br><br>**FDS Disposal**<br>**P.O. Box 1090**<br>**Hernando, FL 34442** | - | | **Trash services** | | | | 320.00 |
| Account No. **-2522**<br><br>**Fennell Container**<br>**141 Fennell Road**<br>**North Charleston, SC 29418** | - | | **Trash & recycling services** | | | | 170.00 |
| Account No. **-5107**<br><br>**First Piedmont**<br>**POB 1069**<br>**Chatham, VA 24531** | - | | **Trash & recycling services** | | | | 623.22 |

Sheet no. __**44**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,318.22**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                          ,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-1053**<br><br>**Florida Refuse**<br>**3820 Maine Ave.**<br>**Lakeland, FL 33801** | - | | Trash & recycling services | | | | 115.36 |
| Account No.<br><br>**Garden Street Paper**<br>**2998 South Street**<br>**Fort Myers, FL 33916** | - | | Trash & recycling services | | | | 0.00 |
| Account No. **-xxxxxs467**<br><br>**Gateway Monroe, Inc.**<br>**c/o Emmes Realty Services**<br>**420 Lexington Ave., Ste. 900**<br>**New York, NY 10070** | - | | Trash & recycling services | | | | 0.00 |
| Account No.<br><br>**GCRC Recycling**<br>**755 S. 7th Ave.**<br>**Safford, AZ 85546** | - | | Trash & recycling services | | | | 0.00 |
| Account No. **-2171**<br><br>**GDS #693/Republic Services**<br>**141 Fairground Road**<br>**Spindale, NC 28160** | - | | Trash & recycling services | | | | 390.34 |

Sheet no. __**45**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **505.70**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                    ,          Case No. _____
                                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-7131**<br><br>**GDS - Hickory/Republic Services**<br>**4062 Section House Road**<br>**Hickory, NC 28601** | - | | **Trash & recycling services** | | | | 460.11 |
| Account No. **-**<br><br>**GDS - Morganton #693**<br>**2911 NC Highway 18 South**<br>**Morganton, MS 38655** | - | | | | | | 0.00 |
| Account No. **-5462**<br><br>**GDS - Washington #609**<br>**450 Flanders Filter Road**<br>**Washington, NC 27889** | - | | **Trash & recycling services** | | | | 242.41 |
| Account No. **-2090**<br><br>**Get Rid of it of Arkansas**<br>**313 Ready Road**<br>**El Dorado, AR 71730** | - | | **Trash & recycling services** | | | | 1,272.84 |
| Account No. **-1452**<br><br>**Golden Environmental**<br>**21 Farmers Market Road**<br>**Tifton, GA 31794** | - | | **Trash & recycling services** | | | | 86.50 |

Sheet no. __**46**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              2,061.86

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Henry County Recycle** <br> **450 Recycling Drive** <br> **Paris, TN 38242** | - | | **Trash & recycling services** | | | | 0.00 |
| Account No. <br><br> **Holmes County Recycling** <br> **3165 Thomas Dr.** <br> **Bonifay, FL 32425** | - | | | | | | 0.00 |
| Account No.  **-8271** <br><br> **Horry County Waste** <br> **POB 1664** <br> **Conway, SC 29528** | - | | **Trash & recycling services** | | | | 90.72 |
| Account No. **-** <br><br> **Houston Centre, LLC** <br> **P.O. Box 1382** <br> **Dothan, AL 36302** | - | | | | | | 0.00 |
| Account No. **-xxxxxs523** <br><br> **Innovative Waste** <br> **14801 Scenic Highway** <br> **Baton Rouge, LA 70807** | - | | **Trash & recycling services** | | | | 540.00 |

Sheet no. __47__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

630.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. -xxxxxs #196<br><br>**J&B Disposal, Inc.**<br>**2076 Highlands Road**<br>**Franklin, NC 28734** | - | | | **Trash & recycling services** | | | | 269.47 |
| Account No. -7880<br><br>**Keys Sanitary**<br>**POB 345**<br>**Tavernier, FL 33070** | - | | | **Trash & recycling services** | | | | 0.00 |
| Account No.<br><br>**Lakeland Electirc/City of Lakeland**<br>**POB 32006**<br>**Lakeland, FL 33802** | - | | | **Trash & recycling services** | | | | 0.00 |
| Account No. -<br><br>**Lakeshore Waste Services LLC**<br>**6132 W. Oakton Street**<br>**Morton Grove, IL 60053** | - | | | 7/2013<br>**Trash & recycling services** | | | | 11,400.00 |
| Account No. -xxxlls3<br><br>**Land O' Lakes Recycling**<br>**5710 Land O' Lakes Blvd**<br>**Land O Lakes, FL 34639** | - | | | **Recycling services**<br>**bealls3,bealls6,bealls10,bealls17,bealls28,bealls30,bealls32,bealls33** | | | | 3,764.00 |

Sheet no. __48__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **15,433.47**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-xxxlls6** <br><br> Land O' Lakes Recycling <br> 5710 Land O' Lakes Blvd <br> Land O Lakes, FL 34639 | - | | | | Recycling services <br> bealls37,bealls38,bealls40,bealls45,bealls46,bealls71,bealls72,bealls77 | | | | 2,573.00 |
| Account No. **-xxxxls10** <br><br> Land O' Lakes Recycling <br> 5710 Land O' Lakes Blvd <br> Land O Lakes, FL 34639 | - | | | | Recycling services <br> bealls99,bealls104,bealls106,bealls113,bealls118,bealls119,bealls120,bealls124 | | | | 2,126.00 |
| Account No. **-xxxxls17** <br><br> Land O' Lakes Recycling <br> 5710 Land O' Lakes Blvd <br> Land O Lakes, FL 34639 | - | | | | Recycling services <br> bealls127,bealls128,bealls129,bealls148,bealls162,bealls166,bealls183,bealls187 | | | | 1,666.00 |
| Account No. **-xxxxls28** <br><br> Land O' Lakes Recycling <br> 5710 Land O' Lakes Blvd <br> Land O Lakes, FL 34639 | - | | | | Trash & recycling services <br> bealls188,bealls189,bealls191,bealls199,bealls206,bealls213,bealls218,bealls225 | | | | 1,979.00 |
| Account No. **-xxxxls30** <br><br> Land O' Lakes Recycling <br> 5710 Land O' Lakes Blvd <br> Land O Lakes, FL 34639 | - | | | | Trash & recycling services <br> bealls234,bealls241,bealls244,bealls284,bealls325,bealls330,bealls335,bealls336 | | | | 1,969.00 |

Sheet no. __49__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,313.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-xxxxls32**<br><br>Land O' Lakes Recycling<br>5710 Land O' Lakes Blvd<br>Land O Lakes, FL 34639 | - | | | Trash & recycling services<br>bealls340,bealls381,bealls384,bealls430,bealls 462,bealls466,bealls470,bealls478 | | | | 5,181.00 |
| Account No. **-xxxxls33**<br><br>Land O' Lakes Recycling<br>5710 Land O' Lakes Blvd<br>Land O Lakes, FL 34639 | - | | | Trash & recycling services<br>bealls481,bealls500,bealls542,bealls561,bealls 627,bealls631,bealls651,bealls667 | | | | 2,129.00 |
| Account No. **-**<br><br>Land O' Lakes Recycling<br>5710 Land O' Lakes Blvd<br>Land O Lakes, FL 34639 | - | | | Trash & recycling services<br>bealls683,bealls143A,bealls143B | | | | 384.00 |
| Account No. **-4356**<br><br>Larson Waste<br>1440 W. Rutledge<br>Snowflake, AZ 85937 | - | | | Trash & recycling services | | | | 576.00 |
| Account No. **-2455**<br><br>Madisonville Disposal<br>2722 N. Main Street<br>Madisonville, KY 42431 | - | | | Trash & recycling services | | | | 140.00 |

Sheet no. __**50**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **8,410.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.** _____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-0030**<br><br>**Madisonville Disposal**<br>**2722 N. Main Street**<br>**Madisonville, KY 42431** | | - | **Trash & recycling services** | | | | 70.00 |
| Account No.<br><br>**Mall Lease** | | - | | | | | 0.00 |
| Account No. **-5449**<br><br>**Manatee County**<br>**P.O. Box 25350**<br>**Bradenton, FL 34206** | | - | **Trash & recycling services**<br>**#-5449,3869,3033,4263,3034,3547,3724,8931** | | | | 4,904.87 |
| Account No. **xQ651**<br><br>**Manufacturers News**<br>**1633 Central St.**<br>**Evanston, IL 60201-1569** | | - | | | | | 356.00 |
| Account No. **-0955**<br><br>**Marathon Garbage**<br>**10870 Overseas Highway**<br>**Marathon, FL 33050** | | - | **Trash & recycling services** | | | | 543.23 |

Sheet no. __51__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,874.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **Facility Environmental Management Inc.**        Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-6601,6601,6603** <br><br> **Marpan Supply** <br> **P.O. Box 2068** <br> **Tallahassee, FL 32316** | | - | | Trash & recycling services | | | | 924.00 |
| Account No. **-xxxxxx xxxxxt #393** <br><br> **Martin Environmental** <br> **POB 8623** <br> **Dothan, AL 36304** | | - | | Trash & recycling services | | | | 420.00 |
| Account No. **-xxxxxx xxxxxt #416** <br><br> **Martin Environmental** <br> **POB 8623** <br> **Dothan, AL 36304** | | - | | Trash & recycling services | | | | 540.00 |
| Account No. <br><br> **Mid State Waste** <br> **202 American Ave.** <br> **Glasgow, KY 42141** | | - | | | | | | 0.00 |
| Account No. <br><br> **Murray Properties** | | - | | | | | | 0.00 |

Sheet no. __52__ of __93__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,884.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-2006** | | | | Notice Only - American Express credit card | | | | |
| Nationwide Credit P.O. Box 26314 Lehigh Valley, PA 18002 | - | | | | | | | 0.00 |
| Account No. **-5001** | | | | Trash & recycling services | | | | |
| Nexus Disposal P.O. Box 41188 Houston, TX 77241 | - | | | | | | | 566.80 |
| Account No. **-5-002** | | | | Trash & recycling services | | | | |
| Nexus Disposal P.O. Box 41188 Houston, TX 77241 | - | | | | | | | 753.36 |
| Account No. **-9789** | | | | Trash & recycling services | | | | |
| Nicholas Sanitation 17 Elk Lane Summersville, WV 26651 | - | | | | | | | 1,081.79 |
| Account No. | | | | | | | | |
| North Baldwin Utilities P.O. Box 1207 Bay Minette, AL 36507 | - | | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __53__ of __93__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,401.95 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Trash & recycling services | | | | |
| **Ocala Recycling** **2402 NW 6th St.** **Ocala, FL 34475** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Operations Refuge** **Local - Free** **Cleveland, TX 77327** | | | | | | | | 0.00 |
| Account No.  - | | - | | | | | | |
| **Orlando Utilities Commission** **P.O. Box 4901** **Orlando, FL 32802** | | | | | | | | 0.00 |
| Account No.  -6273,5734,6101,4901,5447,5847 | | - | | Recycling services | | | | |
| **Orlando Waste Paper** **P.O. Box 547874** **Orlando, FL 32854** | | | | | | | | 1,470.90 |
| Account No.  -6581,5963,6284,8342,5425,0743 | | - | | Recycling services | | | | |
| **Orlando Waste Paper** **P.O. Box 547874** **Orlando, FL 32854** | | | | | | | | 1,332.91 |

Sheet no. __54__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,803.81**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                                   ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-4897,5472,5472,6342,5483,5505**<br><br>**Orlando Waste Paper**<br>**P.O. Box 547874**<br>**Orlando, FL 32854** | - | | **Trash & recycling services** | | | | 903.68 |
| Account No. **-5974,5552,7993,7993,4483,5596**<br><br>**Orlando Waste Paper**<br>**P.O. Box 547874**<br>**Orlando, FL 32854** | - | | **Trash & recycling services** | | | | 1,347.28 |
| Account No. **-5610,5621,0161,2631,6465**<br><br>**Orlando Waste Paper**<br>**P.O. Box 547874**<br>**Orlando, FL 32854** | - | | **Trash & recycling services** | | | | 1,562.81 |
| Account No. **-5239**<br><br>**Palo Verde Valley Disposal**<br>**14701 S. Broadway**<br>**Blythe, CA 92225** | - | | **trash & recycling services** | | | | 0.00 |
| Account No. **-8577**<br><br>**Pinellas County - Utilities**<br>**POB 296**<br>**Largo, FL 33779** | - | | | | | | 0.00 |

Sheet no. __55__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,813.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                                    ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pinellas County, FL - Utilities** <br> **6730 142nd Ave.** <br> **Largo, FL 33779** | - | | **Trash services** | | | | 0.00 |
| Account No. **-5466** <br><br> **Powell's Trash Service** <br> **518 Flatwood Road** <br> **Hodges, SC 29653** | - | | **Trash & recycling services** | | | | 362.16 |
| Account No. **-0320** <br><br> **Pratt Industries** <br> **1005 Sigman Road** <br> **Conyers, GA 30013** | - | | **Trash & recycling services** | | | | 629.16 |
| Account No. **-0320** <br><br> **Pratt Recycling** <br> **P.O. Box 933949** <br> **Atlanta, GA 31193** | - | | **Trash & recycling services** | | | | 6,559.24 |
| Account No. **-3603** <br><br> **Preferred Long Distance** <br> **16830 Ventura Blvd, #350** <br> **Encino, CA 91436** | - | | | | | | 270.00 |

Sheet no. __**56**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     7,820.56

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                          ,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-3804** <br><br> **Progressive - East Texas District** <br> **POB 3125** <br> **Kilgore, TX 75663** | - | | | **Trash & recycling services** | | | | 113.67 |
| Account No. **-3803** <br><br> **Progressive - East Texas District** <br> **P.O. Box 3125** <br> **Kilgore, TX 75663** | - | | | **Trash & recycling services** | | | | 146.16 |
| Account No. **-2658,2659,2660,9711** <br><br> **Progressive Waste** <br> **310 Howze Beach** <br> **Slidell, LA 70461** | - | | | **Trash & recycling services** | | | | 2,507.95 |
| Account No. **-5298** <br><br> **Progressive Waste** <br> **POB 162479** <br> **Fort Worth, TX 76161** | - | | | **Trash & recycling services** | | | | 1,990.38 |
| Account No. **-2631,2634,9459,8450** <br><br> **Progressive Waste** <br> **1515 England Drive** <br> **Alexandria, LA 71301-4109** | - | | | **Trash & recycling services** | | | | 2,149.99 |

Sheet no. __**57**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,908.15

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                          ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-6326**<br><br>**Progressive Waste**<br>**1748 Coteau Road**<br>**Houma, LA 70364** | - | | Trash & recycling services | | | | 630.00 |
| Account No. **-7650**<br><br>**Progressive Waste Solutions**<br>**2010 IH 10 W**<br>**Seguin, TX 78155** | - | | Trash & recycling services | | | | 611.31 |
| Account No. **-8534**<br><br>**Progressive Waste Solutions**<br>**2720 Powers St.**<br>**Opelousas, LA 70570** | - | | Trash & recycling services | | | | 846.45 |
| Account No. **-6349**<br><br>**Progressive Waste Solutions**<br>**810 10th St.**<br>**Franklin, LA 70535** | - | | Trash & recycling services | | | | 573.00 |
| Account No.<br><br>**Pulaski County Recycling**<br>**218 West Hwy 80**<br>**Somerset, KY 42503** | - | | Trash & recycling services | | | | 0.00 |

Sheet no. __58__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,660.76

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trash & recycling services | | | | |
| Recycling Center POB 1089 Athens, AL 35612 | | | | | | | | 0.00 |
| Account No. **-3054** | | - | | Trash & recycling services | | | | |
| Redco Recycling 2915 E. 6th Court Panama City, FL 32401 | | | | | | | | 200.00 |
| Account No. **-xxxxxxxxx. xxxxxx xx4 & 543** | | - | | Trash & recycling services | | | | |
| Reliable Recycling P.O. Box 238 Lake City, FL 32056 | | | | | | | | 1,350.00 |
| Account No. **-** | | - | | | | | | |
| Repubic Services #603 2875 Lowery Street Winston Salem, NC 27101 | | | | | | | | 0.00 |
| Account No. **-1296,1295,1294,1293** | | - | | Trash & recycling services | | | | |
| Republic Services 2910 N. Palafox St. Pensacola, FL 32501 | | | | | | | | 1,216.94 |

Sheet no. __59__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,766.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                          ,  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-2258** <br><br> **Republic Services** <br> **3045 Donald Lee Hollowell Parkway** <br> **Atlanta, GA 30318** | - | | Trash & recycling services | | | | 402.48 |
| Account No. **-4746** <br><br> **Republic Services** <br> **451 Conway Ct.** <br> **Lexington, KY 40511** | - | | Trash & recycling services | | | | 465.57 |
| Account No. **-1623** <br><br> **Republic Services #603** <br> **2875 Lowery Street** <br> **Winston Salem, NC 27101** | - | | Trash & recycling services | | | | 965.66 |
| Account No. **-6723** <br><br> **Republic Services #693** <br> **1160 Airport Rd.** <br> **Shelby, NC 28150** | - | | Trash & recycling services | | | | 364.50 |
| Account No. **-7046** <br><br> **Republic Services #693** <br> **2911 NC Highway 18 South** <br> **Morganton, NC 28655** | - | | Trash & recycling services | | | | 528.87 |

Sheet no. __**60**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,727.08**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                    ,     Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-8441** <br><br> **Republic Services #693** <br> **141 Fairground Rd.** <br> **Spindale, NC 28160** | | - | | | Trash & recycling services | | | | 55.00 |
| Account No. **-5896** <br><br> **Republic Services #693** <br> **2911 NC Highway 18 South** <br> **Morganton, NC 28655** | | - | | | trash & sanitation services | | | | 813.01 |
| Account No. **-** <br><br> **Republic Services #695** <br> **751 N.W. 31st Avenue** <br> **Fort Lauderdale, FL 33311** | | - | | | Trash & recycling services | | | | 130.16 |
| Account No. **-4936** <br><br> **Republic Services #695** <br> **751 N.W. 31st Avenue** <br> **Fort Lauderdale, FL 33311** | | - | | | Trash & recycling services | | | | 115.09 |
| Account No. **-8448** <br><br> **Republic Services #695** <br> **POB 9001191** <br> **Louisville, KY 40290** | | - | | | Trash & recycling services | | | | 447.02 |

Sheet no. __61__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,560.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                    ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-5602** | | | | | **Trash & recycling services** | | | | |
| **Republic Services #744 684 Mauldin Road Greenville, SC 29607** | - | | | | | | | | 768.98 |
| Account No. **-1563** | | | | | **Trash & recycling services** | | | | |
| **Republic Services #744 684 Mauldin Road Greenville, SC 29607** | - | | | | | | | | 391.29 |
| Account No. **-8401** | | | | | **Trash & recycling services** | | | | |
| **Republic Services #753 4811 W. Lower Buckeye Road Phoenix, AZ 85043** | - | | | | | | | | 837.59 |
| Account No. **-8195** | | | | | **Trash & recycling services** | | | | |
| **Republic Services #753 4811 W. Lower Buckeye Road Phoenix, AZ 85043** | - | | | | | | | | 928.92 |
| Account No. **-8179** | | | | | **Trash & recycling services** | | | | |
| **Republic Services #753 4811 W. Lower Buckeye Road Phoenix, AZ 85043** | - | | | | | | | | 862.10 |

Sheet no. __62__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,788.88

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-8427**<br><br>**Republic Services #753**<br>**4811 W. Lower Buckeye Road**<br>**Phoenix, AZ 85043** | - | | **Trash & recycling services** | | | | 400.91 |
| Account No. **-9606**<br><br>**Republic Services #753**<br>**4811 W. Lower Buckeye Road**<br>**Phoenix, AZ 85043** | - | | **Trash & recycling services** | | | | 223.59 |
| Account No. **-9606**<br><br>**Republic Services #753**<br>**4811 W. Lower Buckeye Road**<br>**Phoenix, AZ 85043** | - | | **Trash & recycling services** | | | | 200.40 |
| Account No. **-4384,2751,2752,2754,8555,4627**<br><br>**Republic Services #759**<br>**7329 7th Place North**<br>**West Palm Beach, FL 33411** | - | | **Trash & recycling services** | | | | 3,524.94 |
| Account No. **-2213**<br><br>**Republic Services #778**<br>**1137 Albermarle Rd.**<br>**Troy, NC 27371** | - | | **Trash & recycling services** | | | | 880.47 |

Sheet no. __63__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,230.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** ,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **-5878** <br><br> **Republic Services #837** <br> **3840 Homewood Ave** <br> **Lakeland, FL 33811-6131** | | - | | **Trash & recycling services** | | | | 4,971.26 |
| Account No. **-7852** <br><br> **Republic Services - Hickory** <br> **4062 Section House Road** <br> **Hickory, NC 28601** | | - | | | | | | 0.00 |
| Account No. **-4022,8814,1053,0079,1061** <br><br> **Republic Services/Florida Refuse** <br> **3820 Maine Ave.** <br> **Lakeland, FL 33801** | | - | | **Trash & recycling services** | | | | 1,111.57 |
| Account No. **-9144,8554,5131,8555,0692** <br><br> **Republic Waste #696** <br> **5210 W. Linebaugh Ave.** <br> **Tampa, FL 33624** | | - | | **Trash & recycling services** | | | | 8,480.30 |
| Account No. **-4842** <br><br> **Republic Waste #867** <br> **84 Clifton Blvd.** <br> **Savannah, GA 31408** | | - | | **Trash & recycling services** | | | | 970.20 |

Sheet no. __**64**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,533.33

B6F (Official Form 6F) (12/07) - Cont.

In re **Facility Environmental Management Inc.**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-4841** <br><br> **Republic Waste #867** <br> **84 Clifton Blvd.** <br> **Savannah, GA 31408** | - | | | | **Trash & recycling services** | | | | 527.46 |
| Account No. **-8501** <br><br> **Repupblic Services #693** <br> **1070 Riverside Drive** <br> **Asheville, NC 28804** | - | | | | **Trash & recycling services** | | | | 468.30 |
| Account No. **-** <br><br> **Ricky Dickens** <br> **Local - Free** | - | | | | | | | | 0.00 |
| Account No. **-9811** <br><br> **Rumpke** <br> **POB 538710** <br> **Cincinnati, OH 45253** | - | | | | **Trash & recycling services** | | | | 360.87 |
| Account No. **-8128,2490,2490,2490** <br><br> **Santek Waste Services of Tennessee** <br> **1387 Wisdom Street** <br> **Chattanooga, TN 37406** | - | | | | **Trash & recycling services** | | | | 1,646.45 |

Sheet no. __65__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,003.08

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-2841** <br><br> **Scott Waste Services** <br> **P.O. Box 447** <br> **Bowling Green, KY 42102** | - | | | Trash & recycling services | | | | 937.60 |
| Account No. **-2933** <br><br> **Seaside Sanitation #762** <br> **8608 Arcola Avenue** <br> **Hudson, FL 34667** | - | | | Trash & recycling services | | | | 922.95 |
| Account No. **-800** <br><br> **Sedona Recycling** <br> **2280 Shelby Drive** <br> **Sedona, AZ 86336** | - | | | Trash & recycling services | | | | 200.00 |
| Account No. **-** <br><br> **Sedona Recycling** <br> **2280 Shelby Drive** <br> **Sedona, AZ 86336** | - | | | | | | | 0.00 |
| Account No. **-5001** <br><br> **Somerset Utilities** <br> **POB 989** <br> **Somerset, KY 42502** | - | | | Trash & recycling services | | | | 0.00 |

Sheet no. **66** of **93** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,060.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                                    , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-4732**<br><br>**Southland Waste #687**<br>**8619 Western Drive**<br>**Maeystown, IL 62256** | | - | | **Trash & recycling services** | | | | 775.44 |
| Account No. **-2851**<br><br>**Southland Waste #687**<br>**8619 Western Way**<br>**Jacksonville, FL 32256** | | - | | **Trash & recycling services** | | | | 594.47 |
| Account No. **-9647**<br><br>**Southland Waste - Waycross**<br>**3473 Harris Road**<br>**Waycross, GA 31503** | | - | | **Trash & recycling services** | | | | 684.08 |
| Account No. **-8641**<br><br>**Southwest Disposal**<br>**POB 1972**<br>**Alamogordo, NM 88311** | | - | | **Trash & recycling services** | | | | 625.05 |
| Account No. **-xxxxxs#458, 473, 524**<br><br>**Southwest Sanitation**<br>**122 Crosstie Lane**<br>**Tazewell, VA 24651** | | - | | **Trash & recycling services** | | | | 726.10 |

Sheet no. __67__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,405.14

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**SP Recycling Corp.** <br>**POB 101449** <br>**Atlanta, GA 30392** | - | | | | | | 0.00 |
| Account No. **-9646** <br><br>**Sullivan Environment** <br>**425 Georgia Highway 292** <br>**Vidalia, GA 30474** | - | | Recycling services | | | | 619.45 |
| Account No. **35-26,35-24,35-03,35-28,35-10** <br><br>**Sunshine Recycling** <br>**20681 Fruitful Drive** <br>**Estero, FL 33928** | | | Recycling services <br>35-26,35-24,35-03,35-28,35-10,35-27,35-57, <br>62,35-55 | | | | 9,531.60 |
| Account No. **xx35-63, 30** <br><br>**Sunshine Recycling** <br>**20681 Fruitful Drive** <br>**Estero, FL 33928** | | | Recycling services <br>035-63, <br>30,035-15,035-25,035-19,114-6,035-23,035.56,11 <br>4-3 | | | | 18,982.17 |
| Account No. **xx35-31** <br><br>**Sunshine Recycling** <br>**20681 Fruitful Drive** <br>**Estero, FL 33928** | - | | Recycling services <br>035-31,035-29,035-2,035-4,035-5,035-71,035-6,0 <br>35-72 | | | | 7,731.57 |

Sheet no. **_68_** of **_93_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **36,864.79**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx35-52** <br><br> **Sunshine Recycling** <br> **20681 Fruitful Drive** <br> **Estero, FL 33928** | - | | | Recycling services <br> 035-52,035-1,035-7,035-66,035-8,114-5,035-48,035-46 | | | | 9,524.30 |
| Account No. **x035-9** <br><br> **Sunshine Recycling** <br> **P.O. Box 348** <br> **Estero, FL 33929** | - | | | Recycling services <br> 035-9,114-11,035-33,035-11,114-7,114-1,035-13,035-34 | | | | 5,741.36 |
| Account No. **xx14-10** <br><br> **Sunshine Recycling** <br> **20681 Fruitful Drive** <br> **Estero, FL 33928** | - | | | Recycling services <br> 114-10,114-9,114-12,114-13,035-77,035-54,035-41,035-32 | | | | 7,012.80 |
| Account No. **xx35-73** <br><br> **Sunshine Recycling** <br> **P.O. Box 348** <br> **Estero, FL 33928** | - | | | Recycling services <br> 525-0,525-0,035-22,114-14,114-14,035-74,035-43 | | | | 5,394.74 |
| Account No. **-xx35-42** <br><br> **Sunshine Recycling** <br> **20681 Fruitful Drive** <br> **Estero, FL 33928** | - | | | Trash & recycling services <br> 035-42,035-16,114-4,035-17,114-8,035-37,035-18,035-38 | | | | 17,110.29 |

Sheet no. __69__ of __93__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **44,783.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.** , Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-xx35-63**<br><br>**Sunshine Recycling**<br>**20681 Fruitful Drive**<br>**Estero, FL 33928** | - | | **Trash & recycling services**<br>**035-45,035-59,035-20,114-2,035-44,035-67,035-47** | | | | **14,229.61** |
| Account No. **-3532**<br><br>**Sunshine Recycling**<br>**1263 E. Landstreet Road**<br>**Orlando, FL 32824** | - | | **Trash & recycling services** | | | | **1,180.00** |
| Account No. **-**<br><br>**Taylor Waste & Sons**<br>**P.O. Box 4389**<br>**Cottonwood, AZ 86326** | - | | | | | | **0.00** |
| Account No. **-6001**<br><br>**The Villages**<br>**3201 Wedgewood Lane**<br>**The Villages, FL 32162** | - | | **Trash & sanitation services** | | | | **0.00** |
| Account No.<br><br>**Thomasville Utilities**<br>**111 Victoria Place**<br>**Thomasville, GA 31799** | - | | **Trash & recycling services** | | | | **0.00** |

Sheet no. __**70**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,409.61**

B6F (Official Form 6F) (12/07) - Cont.

In re **Facility Environmental Management Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-2624**<br><br>**Town of Greeneville**<br>**200 N. College Street**<br>**Greeneville, TN 37745** | - | | | **Trash & recycling services** | | | | 173.00 |
| Account No.<br><br>**Town of Lake Placid**<br>**311 W. Interlake Blvd.**<br>**Lake Placid, FL 33852** | - | | | **Trash & recycling services** | | | | 0.00 |
| Account No. **-2502**<br><br>**Town of Parker**<br>**1314 11th Street**<br>**Parker, AZ 85344** | - | | | **Trash & recycling services** | | | | 0.00 |
| Account No. **-0463**<br><br>**Trashaway Services**<br>**1422 Hughes Ave.**<br>**San Angelo, TX 76903** | - | | | **Trash & recycling services** | | | | 625.16 |
| Account No. **-0464**<br><br>**Trashaway Services**<br>**1422 Hughes Ave**<br>**San Angelo, TX 76903** | - | | | **Trash & recycling services** | | | | 317.00 |

Sheet no. __71__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,115.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                                  ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-3694** <br><br> **Treasure Coast Refuse** <br> **P.O. Box 9001701** <br> **Louisville, KY 40290** | | - | | **Trash & recycling services** | | | | 1,214.58 |
| Account No. **-3696** <br><br> **Treasure Coast Refuse** <br> **POB 9001701** <br> **Louisville, KY 40290** | | - | | **Trash & recycling services** | | | | 1,350.45 |
| Account No. **-3695** <br><br> **Treasure Coast Refuse** <br> **3905 Oslo Road** <br> **Vero Beach, FL 32968** | | - | | **Trash & recycling services** | | | | 455.06 |
| Account No. **-841-9** <br><br> **US Waste Industries** <br> **4811 W. Lower Buckeye Road** <br> **Phoenix, AZ 85043** | | - | | **Trash & recycling services** | | | | 400.91 |
| Account No. **-8419** <br><br> **US Waste Industries** <br> **2630 W. Broadway Rd.** <br> **Phoenix, AZ 85041** | | - | | | | | | 0.00 |

Sheet no. __**72**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **3,421.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-5671** | | | | Trash & recycling services | | | | |
| **Utilities Commission POB 100-200 Canal St. New Smyrna Beach, FL 32170** | - | | | | | | | 0.00 |
| Account No. **-3596** | | | | Trash services | | | | |
| **Utilities Commission - FL 124 Industrial Park Ave. New Smyrna Beach, FL 32168** | - | | | | | | | 0.00 |
| Account No. **-** | | | | | | | | |
| **VCCDD 3201 Wedgewood Lane The Villages, FL 32162** | - | | | | | | | 0.00 |
| Account No. | | | | Trash & recycling services | | | | |
| **Veolia - Ft. Myers (W2) POB 6484 Carol Stream, IL 60197** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Veolia - Morehead (Y1) 300 Old Phelps Rd. Morehead, KY 40351** | - | | | | | | | 0.00 |

Sheet no. __**73**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-8952**<br><br>**Veolia - Ocala (P3)**<br>**5111 S. Pine Ave., Ste. M**<br>**Ocala, FL 34480** | | - | | Trash & recycling services | | | | 697.94 |
| Account No. **-8952**<br><br>**Veolia - Ocala (P3)**<br>**5111 S. Pine Avenue, Suite M**<br>**Ocala, FL 34480** | | - | | Trash & recycling services | | | | 281.90 |
| Account No.<br><br>**Veolia - Valdosta (P5)**<br>**POB 6484**<br>**Carol Stream, IL 60197** | | - | | | | | | 0.00 |
| Account No. **-**<br><br>**Veolia ES Solid Waste**<br>**1101 Hawkins Street**<br>**Valdosta, GA 31601** | | - | | | | | | 0.00 |
| Account No. **-4529**<br><br>**Veolia-Valdosta**<br>**1101 Hawkins Street**<br>**Valdosta, GA 31601** | | - | | Trash & recycling services | | | | 511.70 |

Sheet no. __**74**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,491.54

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                                ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-5491**<br><br>Vermillion Parish Police Jury<br>P.O. Box 209<br>Abbeville, LA 70511 | - | | Trash & recycling services | | | | 148.00 |
| Account No. **-5001**<br><br>Village of Ruidoso<br>313 Cree Meadows Drive<br>Ruidoso, NM 88345 | - | | Utility | | | | 0.00 |
| Account No. **-7063**<br><br>Vista Recycling<br>114 W. 8th Street<br>Safford, AZ 85546 | - | | Trash & recycling services | | | | 137.00 |
| Account No. **-x032-0**<br><br>Visy Recycling Inc/Pratt Industries<br>POB 933949<br>Atlanta, GA 31193 | - | | Trash & recycling services | | | | 6,654.63 |
| Account No. **-xxxxxs568**<br><br>Ware MRSC<br>3201 Harris Road<br>Waycross, GA 31503 | - | | Trash & recycling services | | | | 35.00 |

Sheet no. __**75**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,974.63**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.** ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-1624** <br><br> **Waste Connections 621 E. Brooks Road Memphis, TN 38116** | | - | | Trash & recycling services | | | | 471.45 |
| Account No. **-3196** <br><br> **Waste Connections POB 96 Walnut, MS 38683** | | - | | Trash & recycling services | | | | 2,690.67 |
| Account No. **-3196** <br><br> **Waste Connections P.O. Box 96 Walnut, MS 38683** | | - | | Trash & sanitation services | | | | 641.16 |
| Account No. **-9002** <br><br> **Waste Connections P.O. Box 96 Walnut, MS 38683** | | - | | Trash & sanitation services | | | | 2,690.67 |
| Account No. **-7241,7239,6881** <br><br> **Waste Connections of Texas 2010 Wilson Road Humble, TX 77396** | | - | | Trash & recycling services | | | | 10,579.13 |

Sheet no. __76__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **17,073.08**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                          ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-7658**<br><br>**Waste Industries<br>4621 Marracco Drive<br>Hope Mills, NC 28348** | | - | | | Trash & recycling services | | | | 298.24 |
| Account No. **-7197**<br><br>**Waste Industries<br>P.O. Box 580027<br>Charlotte, NC 28258** | | - | | | Trash & recycling services | | | | 256.00 |
| Account No. **-4160**<br><br>**Waste Industries<br>1803 Grayson Turnpike<br>Wytheville, VA 24382** | | - | | | Trash & recycling services | | | | 436.59 |
| Account No. **-5768**<br><br>**Waste Industries<br>4621 Marracco Drive<br>Hope Mills, NC 28348** | | - | | | Trash & recycling services | | | | 223.81 |
| Account No. **-5040**<br><br>**Waste Industries<br>2810 Contentnea Road<br>Wilson, NC 27893** | | - | | | Trash & recycling services | | | | 180.00 |

Sheet no. __77__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,394.64**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-7409**<br><br>**Waste Industries**<br>**7320 Contennial Blvd.**<br>**Nashville, TN 37209** | - | | | Trash & recycling services | | | | 707.86 |
| Account No. **-1861**<br><br>**Waste Industries**<br>**3010 Highway 378**<br>**Conway, SC 29527** | - | | | Trash & recycling services | | | | 123.95 |
| Account No. **-1606**<br><br>**Waste Industries**<br>**4621 Marracco Drive**<br>**Hope Mills, NC 28348** | - | | | Trash & recycling services | | | | 152.84 |
| Account No. **-5852**<br><br>**Waste Industries**<br>**2810 Contentnea Road**<br>**Wilson, NC 27893** | - | | | Trash & recycling services | | | | 260.80 |
| Account No. **-7021**<br><br>**Waste Industries**<br>**POB 1142**<br>**Elizabeth City, NC 27906** | - | | | Trash & recycling services | | | | 217.52 |

Sheet no. __**78**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                1,462.97

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                              ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-7355**<br><br>**Waste Industries<br>2699 Cochran Industrial Blvd.<br>Douglasville, GA 30134** | - | | **Trash & recycling services** | | | | 135.00 |
| Account No. **-7654**<br><br>**Waste Industries<br>241 Vanco Mill Road<br>Henderson, NC 27536** | - | | **Trash & recycling services** | | | | 365.81 |
| Account No. **-4876**<br><br>**Waste Management<br>2130 Tally Road<br>Leesburg, FL 34748** | | | **Trash services<br>487-6,-0487-5,-2231-6,-0336-2,-2227-0,-0336-6,-<br>0290-7,-2231-2** | | | | 5,475.35 |
| Account No. **-4876**<br><br>**Waste Management<br>25555 Meridian Blvd<br>Suite 200<br>Franklin, TN 37067** | - | | **Trash services<br>375-3,090-0,090-4,090-2,090-2,113-0** | | | | 2,907.44 |
| Account No. **-2316**<br><br>**Waste Management<br>2130 Tally Road<br>Leesburg, FL 34748** | | | **Trash services<br>-0290-4,-2231-4,-1567-1,-2241-1,-2231-1,-0332-2<br>,-0487-4,-2227-4** | | | | 4,026.99 |

Sheet no. __**79**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **12,910.59**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.**                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-3362** <br><br> **Waste Management** <br> **2130 Tally Road** <br> **Leesburg, FL 34748** | - | | Trash services <br> **-0290-5,-0487-8,-2231-0,-1567-9,-0290-8,-0290-0 ,-0290-3,-2231-8** | | | | 7,008.41 |
| Account No. **-332-0,332-7,332-0** <br><br> **Waste Management** <br> **4500 Exchange Avenue** <br> **Naples, FL 34104-7025** | - | | Trash services | | | | 995.17 |
| Account No. **-2270** <br><br> **Waste Management** <br> **2130 Tally Road** <br> **Leesburg, FL 34748** | - | | Trash services <br> **-2234-9,-2227-7,-2227-3,0332-3,-1098-8,-1098-6, -0487-8,-2241-7** | | | | 3,136.90 |
| Account No. **-3366** <br><br> **Waste Management** <br> **2130 Tally Road** <br> **Leesburg, FL 34748** | - | | Trash  services <br> **-2241-3,-1098-9,-1098-9,-2231-9,-2227-4,-0290-5 ,-0487-4,-2237-6** | | | | 6,654.32 |
| Account No. **-2907** <br><br> **Waste Management** <br> **2130 Tally Road** <br> **Leesburg, FL 34748** | - | | Trash & recycling services <br> **-2227-3,-0336-7,-2231-4,-2231-5,-0332-6,-2237-8 ,-2227-8,-0487-7** | | | | 3,281.49 |

Sheet no. __**80**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **21,076.29**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-2312**<br><br>**Waste Management**<br>**2130 Tally Road**<br>**Leesburg, FL 34748** | - | | | Trash & recycling services<br>**-2241-4,-0336-7,-0487-4,-0179-7,-0179-9** | | | | 1,393.49 |
| Account No. **-7196**<br><br>**Waste Management**<br>**P.O. Box 2475**<br>**Tupelo, MS 38803** | - | | | Trash & recycling services | | | | 834.01 |
| Account No. **-x371-7**<br><br>**Waste Management**<br>**13940 Live Oak Ave.**<br>**Baldwin Park, CA 91706** | - | | | Trash & recycling services | | | | 701.23 |
| Account No. **-**<br><br>**Waste Management**<br>**1995 Cedar Street**<br>**Beaumont, TX 77701** | - | | | Trash & Recycling services | | | | 106.60 |
| Account No. **-233-7**<br><br>**Waste Management**<br>**P.O. Box 2475**<br>**Tupelo, MS 38803** | - | | | Trash & recycling services | | | | 611.73 |

Sheet no. __**81**__ of __**93**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,647.06**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                    ,       Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-x596-3,x788-4,x788-6,x788-8**<br><br>**Waste Management**<br>**625 Cherrington Parkway**<br>**Coraopolis, PA 15108** | | - | Trash & recycling services | | | | 2,278.13 |
| Account No. **-788-6**<br><br>**Waste Management**<br>**300 Nitro Market Place**<br>**Nitro, WV 25313** | | - | Rolloff | | | | 2,000.00 |
| Account No. **-290-3**<br><br>**Waste Management**<br>**2130 Tally Road**<br>**Leesburg, FL 34748** | | - | Trash & recycling services | | | | 707.30 |
| Account No. **-290-9**<br><br>**Waste Management**<br>**2130 Tally Road**<br>**Leesburg, FL 34748** | | - | Trash & recycling services | | | | 295.52 |
| Account No. **-x237-2**<br><br>**Waste Management**<br>**POB 105453**<br>**Atlanta, GA 30348** | | - | Trash & recycling services | | | | 1,827.19 |

Sheet no. __82__ of __93__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        7,108.14

B6F (Official Form 6F) (12/07) - Cont.

In re **Facility Environmental Management Inc.** ,              Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-x237-6**<br><br>**Waste Management<br>POB 105453<br>Atlanta, GA 30348** | | - | | Trash & recycling services | | | | 477.20 |
| Account No. **-3366**<br><br>**Waste Management of<br>Charlotte County<br>POB 105453<br>Atlanta, GA 30348** | | - | | Trash & recycling services | | | | 664.89 |
| Account No. **-7918**<br><br>**Waste Management of Texas<br>1901 Afton Street<br>Houston, TX 77055** | | - | | Trash & recycling services | | | | 227.83 |
| Account No. **-792-4**<br><br>**Waste Management of Texas<br>1901 Afton Street<br>Houston, TX 77055** | | - | | Trash & recycling services | | | | 554.44 |
| Account No. **-7613**<br><br>**Waste Matters<br>POB 73<br>Payson, AZ 85547** | | - | | Trash & recycling services | | | | 409.20 |

Sheet no. __**83**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        2,333.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** _____ ,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-9154** | | - | | Trash services | | | | |
| **Waste Pro - Cape Coral** **1015 Cultural Park Blvd.** **Cape Coral, FL 33990** | | | | | | | | **334.96** |
| Account No. **-9154** | | - | | Trash & recycling services | | | | |
| **Waste Pro - Cape Coral** **1015 Cultural Park Blvd.** **Cape Coral, FL 33990** | | | | | | | | **306.63** |
| Account No. **-4245** | | - | | Trash & recycling services | | | | |
| **Waste Pro - Daytona Beach** **925 S. Clyde Morris Blvd.** **Daytona Beach, FL 32114** | | | | | | | | **588.54** |
| Account No. **-5303,0095,0702,7836** | | - | | Trash & recycling services | | | | |
| **Waste Pro - Ft. Meyers** **13110 Rickenbacker Pkwy.** **Fort Myers, FL 33913** | | | | | | | | **3,688.31** |
| Account No. **-2303,8333,9824** | | - | | Trash & recycling services | | | | |
| **Waste Pro - Ft. Pierce** **4100 Selvitz Road** **Fort Pierce, FL 34981** | | | | | | | | **2,690.08** |

Sheet no. __**84**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **7,608.52**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                          ,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-7849** <br><br> **Waste Pro - Gainesville** <br> **133331 Southern Precast Drive** <br> **Alachua, FL 32615** | - | | Trash & recycling services | | | | 450.00 |
| Account No. **-7848** <br><br> **Waste Pro - Gainesville** <br> **133331 Southern Precast Drive** <br> **Alachua, FL 32615** | - | | Trash & recycling services | | | | 1,676.90 |
| Account No. **-2194** <br><br> **Waste Pro - Gautier** <br> **P.O. Box 669** <br> **Ocean Springs, MS 39566** | - | | Rolloff | | | | 375.00 |
| Account No. **-3999** <br><br> **Waste Pro - Gautier** <br> **P.O. Box 669** <br> **Ocean Springs, MS 39566** | - | | Trash & recycling services | | | | 467.64 |
| Account No. **-4974** <br><br> **Waste Pro - Hilton Head** <br> **422 Hardeeville Industrial Park Rd.** <br> **Hardeeville, SC 29927** | - | | Trash & recycling services | | | | 108.15 |

Sheet no. __**85**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,077.69

B6F (Official Form 6F) (12/07) - Cont.

In re **Facility Environmental Management Inc.** ,                Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-3306** <br><br> **Waste Pro - Lake City** <br> **401 NW Waldo Street** <br> **Lake City, FL 32055** | - | | | Trash & recycling services | | | | 249.85 |
| Account No. **-0657** <br><br> **Waste Pro - Meridian** <br> **200 Braxton Ave.** <br> **Meridian, MS 39301** | - | | | Trash & recycling services | | | | 336.00 |
| Account No. **-** <br><br> **Waste Pro - Milton** <br> **5859 Commerce Road** <br> **Milton, FL 32583** | - | | | | | | | 0.00 |
| Account No. **5550,5552,5551** <br><br> **Waste Pro - Palm Coast** <br> **671 Holmes Blvd.** <br> **Saint Augustine, FL 32084** | - | | | Trash & recycling services | | | | 6,581.10 |
| Account No. **-5796** <br><br> **Waste Pro - Panama City** <br> **12310 Panama City Beach Pkwy** <br> **Panama City Beach, FL 32407** | - | | | Trash & recycling services | | | | 252.76 |

Sheet no. __**86**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,419.71

B6F (Official Form 6F) (12/07) - Cont.

In re **Facility Environmental Management Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-8115** <br><br> **Waste Pro - Panama City** <br> **12310 Panama City Beach Parkway** <br> **Panama City Beach, FL 32407** | | - | | **Trash & recycling services** | | | | 280.88 |
| Account No. **-0868** <br><br> **Waste Pro - Pensacola** <br> **5859 Commcerce Rd.** <br> **Milton, FL 32583** | | - | | **Trash & recycling services** | | | | 420.00 |
| Account No. **-5819** <br><br> **Waste Pro - Pensacola** <br> **5859 Commcerce Rd.** <br> **Milton, FL 32583** | | - | | **Trash & recycling services** | | | | 138.10 |
| Account No. **-0898** <br><br> **Waste Pro - Putnam** <br> **P.O. Box 4530** <br> **Saint Augustine, FL 32085** | | - | | **Trash & recycling services** | | | | 934.05 |
| Account No. **-0899** <br><br> **Waste Pro - Putnam** <br> **P.O. Box 4530** <br> **Saint Augustine, FL 32085** | | - | | **Trash & recycling services** | | | | 444.92 |

Sheet no. __**87**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,217.95**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                                         ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Waste Pro - Suwanee**<br>**8470 NW 16th Lane**<br>**Trenton, FL 32693** | - | | | | | | | **0.00** |
| Account No.<br><br>**Waste Pro - Tallahassee**<br>**264 Commerce Lane**<br>**Midway, FL 32343** | - | | | **Trash & recycling services** | | | | **684.96** |
| Account No.  **-6097**<br><br>**Waste Pro - Tallahassee**<br>**264 Commerce Lane**<br>**Midway, FL 32343** | - | | | **Trash & recycling services** | | | | **485.01** |
| Account No.  **-0658**<br><br>**Waste Pro/Southern Waste Disposal**<br>**200 Braxton Ave.**<br>**Meridian, MS 39301** | - | | | **Trash & recycling services** | | | | **536.00** |
| Account No.  **-0101**<br><br>**Waste Recycling Inc.**<br>**824 N. Decatur St.**<br>**Montgomery, AL 36104** | - | | | **Trash & recycling services** | | | | **180.00** |

Sheet no.  **88**  of  **93**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,885.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Facility Environmental Management Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-8128**<br><br>**Waste Serrvices of GA**<br>**1887 Wisdom St.**<br>**Chattanooga, TN 37406** | - | | Trash & recycling services | | | | 505.16 |
| Account No. **-2472**<br><br>**Waste Services**<br>**3840 NW 37th Court**<br>**Miami, FL 33142** | - | | Trash & recycling services | | | | 937.78 |
| Account No. **-9554**<br><br>**Waste Services**<br>**3840 NW 37th Court**<br>**Miami, FL 33142** | - | | Trash & recycling services | | | | 716.76 |
| Account No. **-2971,2952,2945**<br><br>**Waste Services - Orlando**<br>**1099 Miller Drive**<br>**Altamonte Springs, FL 32701** | - | | Recycling services | | | | 491.84 |
| Account No. **-8052,3493,8106,6205,6181**<br><br>**Waste Services - Pasco**<br>**6800 Osteen Road**<br>**New Port Richey, FL 34653** | - | | Trash & recycling services | | | | 2,246.01 |

Sheet no. __**89**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,897.55**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Facility Environmental Management Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **-1782,8107,6171,4985,6951**<br><br>**Waste Services - Pasco**<br>**6800 Osteen Road**<br>**New Port Richey, FL 34653** | - | | | Trash & recycling services | | | | 1,852.00 |
| Account No. **-5996**<br><br>**Waste Services - Pasco**<br>**20719 US Highway 301**<br>**Dade City, FL 33523** | - | | | Trash & recycling services | | | | 216.00 |
| Account No. **-2454**<br><br>**Waste Services - Pinellas**<br>**11500 43rd Street North**<br>**Clearwater, FL 33762** | - | | | Trash & recycling services | | | | 192.06 |
| Account No. **-2295**<br><br>**Waste Services - Pinellas**<br>**20719 US Highway 301**<br>**Dade City, FL 33523** | - | | | Trash & recycling services | | | | 1,237.88 |
| Account No. **-9249**<br><br>**Waste Services - Pinellas**<br>**11500 43rd Street North**<br>**Clearwater, FL 33762** | - | | | Trash & recycling services | | | | 269.75 |

Sheet no. __**90**__ of __**93**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,767.69**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Facility Environmental Management Inc.** ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-3398** | | | **trash & recycling services** | | | | |
| **Waste Services - Sarasota** **1312 16th Avenue E** **Palmetto, FL 34221** | - | | | | | | 7,011.30 |
| Account No. **-1883,2489,1883** | | | **Trash & recycling services** | | | | |
| **Waste Services - Tampa** **1601 N. 34th St.** **Tampa, FL 33605** | - | | | | | | 8,097.66 |
| Account No. **-2950** | | | **Trash & recycling services** | | | | |
| **Waste Services of Florida, Inc.** **1099 Miller Drive** **Altamonte Springs, FL 32701** | - | | | | | | 222.00 |
| Account No. **-9226** | | | **Trash & recycling services** | | | | |
| **Waste Services of Florida, Inc.** **11500 43rd Street North** **Clearwater, FL 33762** | - | | | | | | 154.00 |
| Account No. | | | **Trash & recycling services** | | | | |
| **Waste Services of GA** **1887 Wisdom St.** **Chattanooga, TN 37406** | - | | | | | | 0.00 |

Sheet no. **91** of **93** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,484.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.**                          ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. - <br><br> **Waste Services of TN** <br> **1387 Wisdom Street** <br> **Chattanooga, TN 37406** | | - | | | | | | 0.00 |
| Account No. **-7146** <br><br> **WCI of TN - Cleveland** <br> **386 Industrial Drive SW** <br> **Cleveland, TN 37311** | | - | | **Trash & recycling services** | | | | 530.20 |
| Account No. **-8360** <br><br> **WCI of TN - Knoxville** <br> **2400 Chipman Street** <br> **Knoxville, TN 37917** | | - | | **Trash & recycling services** <br> **8360,8361,1157,1158,0-001,0668,0669** | | | | 2,286.71 |
| Account No. **-1293** <br><br> **West Florida Recycling** <br> **8038 N. Palafox Street** <br> **Pensacola, FL 32534** | | - | | **Trash & recycling services** | | | | 89.91 |
| Account No. <br><br> **West Florida Recycling** <br> **8038 N. Palafox Street** <br> **Pensacola, FL 32534** | | - | | **Trash & recycling services** | | | | 0.00 |

Sheet no. _**92**_ of _**93**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,906.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Facility Environmental Management Inc.** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **-5303** | | | | **Trash & recycling services** | | | | |
| **West Pro - Ft. Myers** **13110 Rickenbacker Pkwy** **Fort Myers, FL 33913** | - | | | | | | | **1,170.24** |
| Account No. | | | | | | | | |
| **Willie Sproulls** **Local-free** | - | | | | | | | **0.00** |
| Account No. **-5404** | | | | **Trash & recycling services** | | | | |
| **WSG Scottsboro** **POB 550** **404 East Will St.** **Scottsboro, AL 35768** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __93__ of __93__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,170.24** |
| | Total (Report on Summary of Schedules) | **523,750.66** |

B6G (Official Form 6G) (12/07)

In re   **Facility Environmental Management Inc.**                                    ,      Case No. _____

                                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bealls, Inc.**<br>**700 13th Avenue**<br>**Bradenton, FL 34208** | **Consulting for Bealls in managing solid waste disposal and recycling.** |
| **Murray Properties**<br>**700 E. Main Street**<br>**Saint Charles, IL 60174** | **consulting on waste disposal and recycling for: West Gate Retail - 341 Main  Street W., St. Charles, IL; West Gate Professional - 3381 Main Street W., St. Charles, IL; Campton Wasco Retail - 40 W 222 LaFox Road, St. Charles, IL; 1275  W. Roosevelt Road, West Chicago, IL** |
| **Waste Management National Services**<br>**720 E. Butterfield Road**<br>**Lombard, IL 60148** | **Waste Management engaged to collect, transport, and dispose of non-hazardous solid waste** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Facility Environmental Management Inc.**                                        ,    Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re   **Facility Environmental Management Inc.**                                    Case No. _____

                                                        Debtor(s)        Chapter      **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the CEO/President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**104**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December  3, 2013**                      Signature   **/s/ Karen Mahon**

                                                               **Karen Mahon**
                                                               **CEO/President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re  **Facility Environmental Management Inc.**                                                       Case No.
                                                                    Debtor(s)                    Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,227,987.00** | **2012 Gross sales** |
| **$831,137.00** | **2011: Gross sales** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

#### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Carl F. Safanda Safanda Law Firm 111 East Side Drive Geneva, IL 60134-2402** | **June 28, 2013** | **$1500.00** |

B7 (Official Form 7) (04/13)
4

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                    DOCKET NUMBER                    STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Facility Environmental Management** | 20-1257516 | **512 lowell Drive South Elgin, IL 60177** | **Trash & recycling services** | ?? |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                          ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cindy Dickson P.O. Box 14 South Elgin, IL 60177** | |
| **Jeanette Heesaker CPA 132 W. Second Street Suite 100 Byron, IL 61010** | **2011 to 2013** |
| **Engage Accounting, Inc. William C. Rawe 16071 N. 91st Drive Peoria, AZ 85382** | |
| **Knutte & Associates 7900 S. Cass Avenue, Suite 210 Darien, IL 60561** | **Prepared 2012 tax return** |

B7 (Official Form 7) (04/13)
7

| None ■ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

| NAME | ADDRESS | DATES SERVICES RENDERED |

| None ■ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

| NAME | ADDRESS |

| None ■ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | DATE ISSUED |

### 20. Inventories

| None ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |

| None ■ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

| None ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

| None ■ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

B7 (Official Form 7) (04/13)

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **December  3, 2013**          Signature   **/s/ Karen Mahon**

**Karen Mahon**
**CEO/President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois Eastern Division

In re   __Facility Environmental Management Inc.__      Case No. _____

                              Debtor(s)      Chapter   __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500.00 |
| Prior to the filing of this statement I have received | $ | 1,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __December  3, 2013__      __/s/ Carl F. Safanda__
                                          **Carl F. Safanda 2440695**
                                          **Safanda Law Firm**
                                          **111 East Side Drive**
                                          **Geneva, IL 60134-2402**
                                          **(630) 262-1761  Fax: (630) 262-1764**
                                          **Plegal@xnet.com**

# United States Bankruptcy Court
### Northern District of Illinois Eastern Division

In re  **Facility Environmental Management Inc.**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **397**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December  3, 2013**

**/s/ Karen Mahon**

**Karen Mahon**/**CEO/President**
Signer/Title

Ace of Waste
POB 290730
Davie, FL 33329


Advanced Disposal
P.O. Box 1539
Callahan, FL 32011


Advanced Disposal
POB 452048
Biloxi, MS 39532


Advanced Disposal
1303 Washington Blvd.
Tallassee, AL 36078


Advanced Disposal
5734 Columbia Road
Grovetown, GA 30813


Advanced Disposal
2534 Rocky Ridge Road
Birmingham, AL 35243


Advanced Disposal
450496 State Road 200
Callahan, FL 32011


Advanced Disposal
14339 Hudson-Krohn Road
Biloxi, MS 39532


Advanced Disposal
8880 Old Federal Road
Ball Ground, GA 30107


Advanced Disposal
120 Rodeo Drive
Jackson, GA 30233


Advanced Disposal
5111 S. Pine Avenue, Suite M
Ocala, FL 34480

Advanced Disposal -  West Palm
363 Tall Pines Road
West Palm Beach, FL 33413


Advanced Disposal - Blue Ridge
POB 2195
Blue Ridge, GA 30513


Advanced Disposal - Ft. Myers (W2)
17101 Pine Ridge Road
Fort Myers Beach, FL 33931


Advanced Disposal - Jacksonville
7580 Phillips Highway
Jacksonville, FL 32256


Advanced Disposal - Macon
2201 Trade Drive
Macon, GA 31217


Advanced Disposal - P2
1964 S. Irabge Blossom Trail
Apopka, FL 32703


Advanced Disposal - Southeast
5111 S. Pine Ave
Suite M
Ocala, FL 34480


Advanced Disposal - Southeast
P.O. Box 6484
Carol Stream, IL 60197


Advanced Disposal - Southeast P5
1101 Hawkins Street
Valdosta, GA 31601


Advanced Disposal - Southest P6
1515 Pecan Lane
Albany, GA 31705


Advanced Disposal Southeast
P.O. Box 430
Moody, AL 35004

All Digital Zone
814 Foster Avenue
Bensenville, IL 60106


Allied Waste
2910 Plalfox Street
Pensacola, FL 32501


Allied Waste
2910 Palafox Street
Pensacola, FL 32501


Allied Waste
3240 Highway 42 W
Hattiesburg, MS 39402-9147


Allied Waste
3720 Varner Drive
Mobile, AL 36693


Allied Waste
1035 Old Brandon Road
Flowood, MS 39232


Allied Waste
5111 Chin Page Road
Durham, NC 27703


Allied Waste
110 Ready Ave. NW
Fort Walton Beach, FL 32548


Allied Waste
POB 1310
Scott, LA 70583


Allied Waste #463
110 Ready Ave NW
Fort Walton Beach, FL 32548


Allied Waste #466
2217 E. 13th Street
Yuma, AZ 85365

Allied Waste #484
P.O. Box 1317
Andalusia, AL 36420


Allied Waste #625
18500 N. Allied Way
Phoenix, AZ 85054


Allied Waste #633
POB 9001099
Louisville, KY 40290


Allied Waste #633
409 N. Hunter Street
Anniston, AL 36201


Allied Waste #782
1431 Sumter Highway
Bishopville, SC 29010


Allied Waste #785
967 Hancock St
Suite 141
Bullhead City, AZ 86442


Allied Waste #794
1450 E. Cleveland Road
Hutchins, TX 75141


Allied Waste #808
3720 Varner Drive
Mobile, AL 36693


Allied Waste #808
3720 Vamer Drive
Mobile, AL 36693


Allied Waste #823
1035 Old Brandon Road
Flowood, MS 39232


Allied Waste #832
P.O. Box 1249
Sulphur, LA 70664

Allied Waste #841
850 E. Jefferson Pike
Murfreesboro, TN 37130


Allied Waste #843
P.O. Box 820
Del Valle, TX 78617


Allied Waste #852
8101 E. Little York Road
Houston, TX 77016


Allied Waste #868
48 Landfill Road
Leland, MS 38756


Allied Waste #869
1010 Roger Road
Marks, MS 38646


Allied Waste #993
451 Conway Ct.
Lexington, KY 40511


Allied Waste #997
1018 E. 38th Street
Chattanooga, TN 37407


Allied Waste Services
4704 Commercial Drive
Huntsville, AL 35816-2204


Allied Waste Services #825
POB 9001099
Louisville, KY 40290


American Express
P.O. Box 0001
Los Angeles, CA 90096-8000


Ard's Container Service
P.O. Box 7823
Columbia, SC 29202

ARM Solutions/Waste Pro Daytona
2101 W SR 434
Longwood, FL 32779


AT&T
P.O. Box 5093
Carol Stream, IL 60197-5093


Athens Utilities
POB 1089
Athens, AL 35612


Atholl Group, LP
700 E. Main St., Suite E
St. Charles, IL 60174


Bealls, Inc.
700 13th Avenue
Bradenton, FL 34208


Benfield Sanitation
282 Scotts Creek Road
Statesville, NC 28625


Board of Public Utilities
POB 460
Paris, TN 38242


BP Environmental
POB 188
Chalfont, PA 18914


Bullock County
P.O. Box 347
Statesboro, GA 30459


C&D Disposal
P.O. Box 206
Stanton, CA 90680


Carolina Waste
5264 B International Blvd.
Ste. 100
North Charleston, SC 29418

Carter's Royale
198 McJunkin Road
Toccoa, GA 30577


Central Carolina Waste
POB 4695
Asheboro, NC 27204


Central Texas Refuse
POB 18685
Austin, TX 78760


Choice 119
5594 6th St. W.
Lehigh Acres, FL 33971


City of Andalusia
P.O. Box 790
Andalusia, AL 36420


City of Apopka
P.O. Box 1188
Apopka, FL 32704


City of Arcadia
POB 191
Arcadia, FL 34265


City of Avon Park
110 E. Main Street
Avon Park, FL 33825


City of Bartow
POB 1069
Bartow, FL 33831


City of Bradenton
POB 1339
Bradenton, FL 34206


City of Brooksville
201 Howell Avenue
Brooksville, FL 34601

City of Brownwood
P.O. Box 1389
Brownwood, TX 76804


City of Camden
POB 7002
Camden, SC 29021


City of Campbellsville
110 S. Columbia Ave
Suite B
Campbellsville, KY 42718


City of Cayce
P.O. Box 2004
West Columbia, SC 29171


City of Center
P.O. Box 1988
Center, TX 75935


City of Chiefland
214 E. Park Ave.
Chiefland, FL 32626


City of Chipley (WM)
POB 1007
Chipley, FL 32428


City of Clearwater
POB 30020
Tampa, FL 33630


City of Cleburne
POB 657
Cleburne, TX 76033


City of Clinton
POB 199
Clinton, NC 28329


City of Cocoa Beach
65 Stone Street
Cocoa, FL 32922

City of College Station
300 Krenek Tap Road
College Station, TX 77842


City of Commerce
1119 Alamo
Commerce, TX 75428


City of Conway
1000 2nd Ave.
POB 1507
Conway, SC 29528


City of Crestview
P.O. Box 1209
Crestview, FL 32536


City of Crystal River
123 Northwest Highway 19
Crystal River, FL 34428


City of Daytona Beach
P.O. Box 2455
Daytona Beach, FL 32115


City of Deerfield Beach
150 NE 2nd Avenue
Deerfield Beach, FL 33441


City of Defuniak Springs
71 US Highway 90 W
Defuniak Springs, FL 32435


City of Deland
120 S. Florida Ave.
Deland, FL 32720


City of Douglas
POB 102954
Atlanta, GA 30368


City of Douglasville
6695 Church Street
Douglasville, GA 30134

City of Dublin
POB 690
Dublin, GA 31040


City of Dunedin
POB 2039
Dunedin, FL 34697


City of Edgewater
P.O. Box 1190
Edgewater, FL 32132


City of Edinburg
8601 N. Jasman Road
Edinburg, TX 78540


City of Elizabethton
136 S. Sycamore St.
Elizabethton, TN 37643


City of Eufaula
560 East Bioundary Street
Eufaula, AL 36027


City of Fernadina Beach
1180 S. 5th Street
Fernandina Beach, FL 32035


City of Fitzgerald
POB 667
Fitzgerald, GA 31750


City of Florence
P.O. 98
Florence, AL 35630


City of Foley - WM
P.O. Box 1750
Foley, AL 36536


City of Franklin
117 Cedar Street
Franklin, KY 42134

City of Ft Pierce
P.O. Box 3191
Fort Pierce, FL 34948


City of Ft. Myers
P.O. Box 340
Fort Myers, FL 33902


City of Ft. Payne
100 Alabama Avenue NW
Fort Payne, AL 35967


City of Griffin
100 South Hill Street
Griffin, GA 30224


City of Haines City
P.O. Box 1507
Haines City, FL 33845


City of Hallandale Beach
400 S. Federal Highway
Hallandale, FL 33009


City of Helena
POB 369
Helena, GA 31037


City of High Springs
110 NW 1st Ave.
High Springs, FL 32643


City of Homestead
P.O. Box 31576
Tampa, FL 33631


City of Inverness
212 West Main Street
Inverness, FL 34748


City of Jacksonville
P.O. Box 128
Jacksonville, NC 28541

City of Jasper
POB 1669
Jasper, AL 35502

City of Jesup
950 Sunset Blvd.
Jesup, GA 31545

City of Kilgore
P.O. Box 990
Kilgore, TX 75663

City of Kingman
310 N. 4th Street
Kingman, AZ 86401

City of Kissimmee
2671 W. Osceola Parkway
Kissimmee, FL 34741

City of Lakeland
P.O. Box 32006
Lakeland, FL 33802

City of Lawrenceburg
1607 N. Locust Ave
Lawrenceburg, TN 38464

City of Leesburg
POB 491286
Leesburg, FL 34748

City of London
364 Barbourvile Road
London, KY 40744

City of Lufkin
P.O. Box 190
Lufkin, TX 75902

City of Madison
321 SW Rutledge Street
Madison, FL 32340

City of Marshall
POB 698
Marshall, TX 75671


City of McComb
POB 667
McComb, MS 39649


City of Milton
P.O. Box 909
Milton, FL 32572


City of Monroe
215 N. Broad Street
Monroe, GA 30655


City of Mt. Pleasant
501 N. Madison
Mount Pleasant, TX 75455


City of Mt. Sterling
33 N. Maysville Street
Mount Sterling, KY 40353


City of Nacogdoches
POB 635090
Nacogdoches, TX 75963


City of Neptune Beach
116 First Street
Neptune Beach, FL 32266


City of Niceville
208 N. Partin Drive
Niceville, FL 32578


City of North Port
1100 N. Chamberland Blvd
North Port, FL 34286


City of Ocala
2200 NE 30th Avenue
Ocala, FL 34470

City of Oldsmar
100 State St. W
Oldsmar, FL 34677


City of Orlando
P.O. Box 4990
Orlando, FL 32802


City of Ormond Beach
22 South Beach Street
Ormond Beach, FL 32174


City of Palatka
201 N. 2nd Street
Palatka, FL 32177


City of Palestine
504 North Queen Street
Palestine, TX 75801


City of Pembroke Pines
13975 Pembroke Road
Pembroke Pines, FL 33027


City of Plainview
901 Broadway Street
Plainview, TX 79072


City of Plant City
1802 W. Spooner Drive
Plant City, FL 33566


City of Port Orange
POB 291037
Port Orange, FL 32129


City of Prescott
201 S. Cortez
Prescott, AZ 86303


City of Rosenberg
POB 631
Rosenberg, TX 77471

City of Ruston
401 Trenton St.
Ruston, LA 71270


City of Sanford
P.O. Box 2847
Sanford, FL 32772


City of Sarasota
1761 12th Street
Sarasota, FL 34230


City of Seabrook
1700 First Street
Seabrook, TX 77586


City of Sebring
POB 9900
Sebring, FL 33871


City of St. Cloud
POB 31304
Tampa, FL 33631


City of St. Petersburg
P.O. Box 33034
Saint Petersburg, FL 33733


City of St. Petersburg
POB 33034
Saint Petersburg, FL 33733


City of Starke
PO Drawer C
Starke, FL 32091


City of Statesboro
P.O. Box 348
Statesboro, GA 30459


City of Stephenville
298 W. Washington
Stephenville, TX 76401

City of Sunrise
POB 452048
Sunrise, FL 33345-9998


City of Surfside Beach
115 Highway 17 North
Surfside Beach, SC 29575


City of Tallahassee
600 N. Monroe Street
Tallahassee, FL 32301


City of Tallahassee/Marpan
600 N. Monroe Street
Tallahassee, FL 32301


City of Tampa
POB 30191
Tampa, FL 33630


City of Tarpon Springs
POB 5004
Tarpon Springs, FL 34688


City of Titusville
POB 818
Titusville, FL 32781


City of Truth or Consequences
505 Sims Street
Truth Or Consequences, NM 87901


City of Venice
401 W. Venice Ave.
Venice, FL 34285


City of Vidalia
P.O. Box 280
Vidalia, GA 30475


City of Vidor
1395 N. Main
Vidor, TX 77662

City of Wauchla
P.O. Box 818
Wauchula, FL 33873


City of Wilcox
101 S. Railroad Ave.
Willcox, AZ 85643


City of Winter Garden
8 N. Highland
Winter Garden, FL 34787


City of Winter Haven
P.O. Box 2277
Winter Haven, FL 33883


City of Zephyrhills
5335 8th St.
Zephyrhills, FL 33542


Clarksville Disposal
50 North Reynolds Street
Clarksville, TN 37040


Clewiston Utilities
141 Central Avenue
Clewiston, FL 33440


Clinton Public Works
POB 199
Clinton, NC 28328


Coastal Container
POB 362
Cantonment, FL 32533


Community High Schools
708 W. Park Avenue
Libertyville, IL 60048


Consolidated Waste
61 Azalea Drive
Weaverville, NC 28787

Copperstate Sanitation
P.O. Box 1200
Claypool, AZ 85532


Corinth Gas & Water
305 W. Waldon
Corinth, MS 38835


Corporate Services
POB 1048
Dandridge, TN 37725


Corpus Christi Disposal
13130 Leopard
Corpus Christi, TX 78426


Cumberland Waste
81 Stevens St.
Crossville, TN 38555


David Brown
local person


Deep Green Waste & Recycling
419 E. Crossville Road
Suite 104
Roswell, GA 30075


Delta Disposal/Waste Connections
P.O. Box 13355
Monroe, LA 71213


Delta Sanitation
P.O. Box 669
Ocean Springs, MS 39566


Delta Sanitation - Mobile
POB 93
Theodore, AL 36590


Denise Pazdzioch
6N 577 Jupiter Court
St. Charles, IL 60175

Desert Valley Disposal
POB 2720
Palm Springs, CA 92263-2720


Diamond Disposal
P.O. Box 1633
Ferriday, LA 71334


Dumpster Dumpsters, Inc.
1600 Broadway
Kerrville, TX 78028


East Coast Paper
5035 Nova Road
Rockledge, FL 32955


Ed Buckholz
47 W 4571 Trail
Virgil, IL 60151


Empire Waste
19695 East Via Del Oro
Queen Creek, AZ 85142


Enviro Inc
P.O. Box 400
Ellisville, MS 39437


FDS Disposal
P.O. Box 1090
Hernando, FL 34442


Fennell Container
141 Fennell Road
North Charleston, SC 29418


First Piedmont
POB 1069
Chatham, VA 24531


Florida Refuse
3820 Maine Ave.
Lakeland, FL 33801

Garden Street Paper
2998 South Street
Fort Myers, FL 33916


Gateway Monroe, Inc.
c/o Emmes Realty Services
420 Lexington Ave., Ste. 900
New York, NY 10070


GCRC Recycling
755 S. 7th Ave.
Safford, AZ 85546


GDS #693/Republic Services
141 Fairground Road
Spindale, NC 28160


GDS - Hickory/Republic Services
4062 Section House Road
Hickory, NC 28601


GDS - Morganton #693
2911 NC Highway 18 South
Morganton, MS 38655


GDS - Washington #609
450 Flanders Filter Road
Washington, NC 27889


Get Rid of it of Arkansas
313 Ready Road
El Dorado, AR 71730


Golden Environmental
21 Farmers Market Road
Tifton, GA 31794


Henry County Recycle
450 Recycling Drive
Paris, TN 38242


Holmes County Recycling
3165 Thomas Dr.
Bonifay, FL 32425

Horry County Waste
POB 1664
Conway, SC 29528


Houston Centre, LLC
P.O. Box 1382
Dothan, AL 36302


Innovative Waste
14801 Scenic Highway
Baton Rouge, LA 70807


J&B Disposal, Inc.
2076 Highlands Road
Franklin, NC 28734


Keys Sanitary
POB 345
Tavernier, FL 33070


Lakeland Electirc/City of Lakeland
POB 32006
Lakeland, FL 33802


Lakeshore Waste Services LLC
6132 W. Oakton Street
Morton Grove, IL 60053


Land O' Lakes Recycling
5710 Land O' Lakes Blvd
Land O Lakes, FL 34639


Larson Waste
1440 W. Rutledge
Snowflake, AZ 85937


Madisonville Disposal
2722 N. Main Street
Madisonville, KY 42431


Mall Lease

Manatee County
P.O. Box 25350
Bradenton, FL 34206


Manufacturers News
1633 Central St.
Evanston, IL 60201-1569


Marathon Garbage
10870 Overseas Highway
Marathon, FL 33050


Marpan Supply
P.O. Box 2068
Tallahassee, FL 32316


Martin Environmental
POB 8623
Dothan, AL 36304


Mid State Waste
202 American Ave.
Glasgow, KY 42141


Murray Properties


Murray Properties
700 E. Main Street
Saint Charles, IL 60174


Nationwide Credit
P.O. Box 26314
Lehigh Valley, PA 18002


Nexus Disposal
P.O. Box 41188
Houston, TX 77241


Nicholas Sanitation
17 Elk Lane
Summersville, WV 26651

North Baldwin Utilities
P.O. Box 1207
Bay Minette, AL 36507


Ocala Recycling
2402 NW 6th St.
Ocala, FL 34475


Operations Refuge
Local - Free
Cleveland, TX 77327


Orlando Utilities Commission
P.O. Box 4901
Orlando, FL 32802


Orlando Waste Paper
P.O. Box 547874
Orlando, FL 32854


Palo Verde Valley Disposal
14701 S. Broadway
Blythe, CA 92225


Pinellas County - Utilities
POB 296
Largo, FL 33779


Pinellas County, FL - Utilities
6730 142nd Ave.
Largo, FL 33779


Powell's Trash Service
518 Flatwood Road
Hodges, SC 29653


Pratt Industries
1005 Sigman Road
Conyers, GA 30013


Pratt Recycling
P.O. Box 933949
Atlanta, GA 31193

Preferred Long Distance
16830 Ventura Blvd, #350
Encino, CA 91436


Progressive - East Texas District
POB 3125
Kilgore, TX 75663


Progressive - East Texas District
P.O. Box 3125
Kilgore, TX 75663


Progressive Waste
310 Howze Beach
Slidell, LA 70461


Progressive Waste
POB 162479
Fort Worth, TX 76161


Progressive Waste
1515 England Drive
Alexandria, LA 71301-4109


Progressive Waste
1748 Coteau Road
Houma, LA 70364


Progressive Waste Solutions
2010 IH 10 W
Seguin, TX 78155


Progressive Waste Solutions
2720 Powers St.
Opelousas, LA 70570


Progressive Waste Solutions
810 10th St.
Franklin, LA 70535


Pulaski County Recycling
218 West Hwy 80
Somerset, KY 42503

Recycling Center
POB 1089
Athens, AL 35612


Redco Recycling
2915 E. 6th Court
Panama City, FL 32401


Reliable Recycling
P.O. Box 238
Lake City, FL 32056


Repubic Services #603
2875 Lowery Street
Winston Salem, NC 27101


Republic Services
2910 N. Palafox St.
Pensacola, FL 32501


Republic Services
3045 Donald Lee Hollowell Parkway
Atlanta, GA 30318


Republic Services
451 Conway Ct.
Lexington, KY 40511


Republic Services #603
2875 Lowery Street
Winston Salem, NC 27101


Republic Services #693
1160 Airport Rd.
Shelby, NC 28150


Republic Services #693
2911 NC Highway 18 South
Morganton, NC 28655


Republic Services #693
141 Fairground Rd.
Spindale, NC 28160

Republic Services #695
751 N.W. 31st Avenue
Fort Lauderdale, FL 33311


Republic Services #695
POB 9001191
Louisville, KY 40290


Republic Services #744
684 Mauldin Road
Greenville, SC 29607


Republic Services #753
4811 W. Lower Buckeye Road
Phoenix, AZ 85043


Republic Services #759
7329 7th Place North
West Palm Beach, FL 33411


Republic Services #778
1137 Albermarle Rd.
Troy, NC 27371


Republic Services #837
3840 Homewood Ave
Lakeland, FL 33811-6131


Republic Services - Hickory
4062 Section House Road
Hickory, NC 28601


Republic Services/Florida Refuse
3820 Maine Ave.
Lakeland, FL 33801


Republic Waste #696
5210 W. Linebaugh Ave.
Tampa, FL 33624


Republic Waste #867
84 Clifton Blvd.
Savannah, GA 31408

Repupblic Services #693
1070 Riverside Drive
Asheville, NC 28804


Ricky Dickens
Local - Free


Rumpke
POB 538710
Cincinnati, OH 45253


Santek Waste Services of Tennessee
1387 Wisdom Street
Chattanooga, TN 37406


Scott Waste Services
P.O. Box 447
Bowling Green, KY 42102


Seaside Sanitation #762
8608 Arcola Avenue
Hudson, FL 34667


Sedona Recycling
2280 Shelby Drive
Sedona, AZ 86336


Somerset Utilities
POB 989
Somerset, KY 42502


Southland Waste #687
8619 Western Drive
Maeystown, IL 62256


Southland Waste #687
8619 Western Way
Jacksonville, FL 32256


Southland Waste - Waycross
3473 Harris Road
Waycross, GA 31503

Southwest Disposal
POB 1972
Alamogordo, NM 88311


Southwest Sanitation
122 Crosstie Lane
Tazewell, VA 24651


SP Recycling Corp.
POB 101449
Atlanta, GA 30392


Sullivan Environment
425 Georgia Highway 292
Vidalia, GA 30474


Sunshine Recycling
20681 Fruitful Drive
Estero, FL 33928


Sunshine Recycling
P.O. Box 348
Estero, FL 33929


Sunshine Recycling
P.O. Box 348
Estero, FL 33928


Sunshine Recycling
1263 E. Landstreet Road
Orlando, FL 32824


Taylor Waste & Sons
P.O. Box 4389
Cottonwood, AZ 86326


The Villages
3201 Wedgewood Lane
The Villages, FL 32162


Thomasville Utilities
111 Victoria Place
Thomasville, GA 31799

Town of Greeneville
200 N. College Street
Greeneville, TN 37745


Town of Lake Placid
311 W. Interlake Blvd.
Lake Placid, FL 33852


Town of Parker
1314 11th Street
Parker, AZ 85344


Trashaway Services
1422 Hughes Ave.
San Angelo, TX 76903


Trashaway Services
1422 Hughes Ave
San Angelo, TX 76903


Treasure Coast Refuse
P.O. Box 9001701
Louisville, KY 40290


Treasure Coast Refuse
POB 9001701
Louisville, KY 40290


Treasure Coast Refuse
3905 Oslo Road
Vero Beach, FL 32968


US Waste Industries
4811 W. Lower Buckeye Road
Phoenix, AZ 85043


US Waste Industries
2630 W. Broadway Rd.
Phoenix, AZ 85041


Utilities Commission
POB 100-200 Canal St.
New Smyrna Beach, FL 32170

Utilities Commission - FL
124 Industrial Park Ave.
New Smyrna Beach, FL 32168


VCCDD
3201 Wedgewood Lane
The Villages, FL 32162


Veolia - Ft. Myers (W2)
POB 6484
Carol Stream, IL 60197


Veolia - Morehead (Y1)
300 Old Phelps Rd.
Morehead, KY 40351


Veolia - Ocala (P3)
5111 S. Pine Ave., Ste. M
Ocala, FL 34480


Veolia - Ocala (P3)
5111 S. Pine Avenue, Suite M
Ocala, FL 34480


Veolia - Valdosta (P5)
POB 6484
Carol Stream, IL 60197


Veolia ES Solid Waste
1101 Hawkins Street
Valdosta, GA 31601


Veolia-Valdosta
1101 Hawkins Street
Valdosta, GA 31601


Vermillion Parish Police Jury
P.O. Box 209
Abbeville, LA 70511


Village of Ruidoso
313 Cree Meadows Drive
Ruidoso, NM 88345

Vista Recycling
114 W. 8th Street
Safford, AZ 85546


Visy Recycling Inc/Pratt Industries
POB 933949
Atlanta, GA 31193


Ware MRSC
3201 Harris Road
Waycross, GA 31503


Waste Connections
621 E. Brooks Road
Memphis, TN 38116


Waste Connections
POB 96
Walnut, MS 38683


Waste Connections
P.O. Box 96
Walnut, MS 38683


Waste Connections of Texas
2010 Wilson Road
Humble, TX 77396


Waste Industries
4621 Marracco Drive
Hope Mills, NC 28348


Waste Industries
P.O. Box 580027
Charlotte, NC 28258


Waste Industries
1803 Grayson Turnpike
Wytheville, VA 24382


Waste Industries
2810 Contentnea Road
Wilson, NC 27893

Waste Industries
7320 Contennial Blvd.
Nashville, TN 37209


Waste Industries
3010 Highway 378
Conway, SC 29527


Waste Industries
POB 1142
Elizabeth City, NC 27906


Waste Industries
2699 Cochran Industrial Blvd.
Douglasville, GA 30134


Waste Industries
241 Vanco Mill Road
Henderson, NC 27536


Waste Management
2130 Tally Road
Leesburg, FL 34748


Waste Management
25555 Meridian Blvd
Suite 200
Franklin, TN 37067


Waste Management
4500 Exchange Avenue
Naples, FL 34104-7025


Waste Management
P.O. Box 2475
Tupelo, MS 38803


Waste Management
13940 Live Oak Ave.
Baldwin Park, CA 91706


Waste Management
1995 Cedar Street
Beaumont, TX 77701

Waste Management
625 Cherrington Parkway
Coraopolis, PA 15108


Waste Management
300 Nitro Market Place
Nitro, WV 25313


Waste Management
POB 105453
Atlanta, GA 30348


Waste Management National Services
720 E. Butterfield Road
Lombard, IL 60148


Waste Management of
Charlotte County
POB 105453
Atlanta, GA 30348


Waste Management of Texas
1901 Afton Street
Houston, TX 77055


Waste Matters
POB 73
Payson, AZ 85547


Waste Pro - Cape Coral
1015 Cultural Park Blvd.
Cape Coral, FL 33990


Waste Pro - Daytona Beach
925 S. Clyde Morris Blvd.
Daytona Beach, FL 32114


Waste Pro - Ft. Meyers
13110 Rickenbacker Pkwy.
Fort Myers, FL 33913


Waste Pro - Ft. Pierce
4100 Selvitz Road
Fort Pierce, FL 34981

Waste Pro - Gainesville
133331 Southern Precast Drive
Alachua, FL 32615


Waste Pro - Gautier
P.O. Box 669
Ocean Springs, MS 39566


Waste Pro - Hilton Head
422 Hardeeville Industrial Park Rd.
Hardeeville, SC 29927


Waste Pro - Lake City
401 NW Waldo Street
Lake City, FL 32055


Waste Pro - Meridian
200 Braxton Ave.
Meridian, MS 39301


Waste Pro - Milton
5859 Commerce Road
Milton, FL 32583


Waste Pro - Palm Coast
671 Holmes Blvd.
Saint Augustine, FL 32084


Waste Pro - Panama City
12310 Panama City Beach Pkwy
Panama City Beach, FL 32407


Waste Pro - Panama City
12310 Panama City Beach Parkway
Panama City Beach, FL 32407


Waste Pro - Pensacola
5859 Commcerce Rd.
Milton, FL 32583


Waste Pro - Putnam
P.O. Box 4530
Saint Augustine, FL 32085

Waste Pro - Suwanee
8470 NW 16th Lane
Trenton, FL 32693


Waste Pro - Tallahassee
264 Commerce Lane
Midway, FL 32343


Waste Pro/Southern Waste Disposal
200 Braxton Ave.
Meridian, MS 39301


Waste Recycling Inc.
824 N. Decatur St.
Montgomery, AL 36104


Waste Serrvices of GA
1887 Wisdom St.
Chattanooga, TN 37406


Waste Services
3840 NW 37th Court
Miami, FL 33142


Waste Services - Orlando
1099 Miller Drive
Altamonte Springs, FL 32701


Waste Services - Pasco
6800 Osteen Road
New Port Richey, FL 34653


Waste Services - Pasco
20719 US Highway 301
Dade City, FL 33523


Waste Services - Pinellas
11500 43rd Street North
Clearwater, FL 33762


Waste Services - Pinellas
20719 US Highway 301
Dade City, FL 33523

Waste Services - Sarasota
1312 16th Avenue E
Palmetto, FL 34221


Waste Services - Tampa
1601 N. 34th St.
Tampa, FL 33605


Waste Services of Florida, Inc.
1099 Miller Drive
Altamonte Springs, FL 32701


Waste Services of Florida, Inc.
11500 43rd Street North
Clearwater, FL 33762


Waste Services of GA
1887 Wisdom St.
Chattanooga, TN 37406


Waste Services of TN
1387 Wisdom Street
Chattanooga, TN 37406


WCI of TN - Cleveland
386 Industrial Drive SW
Cleveland, TN 37311


WCI of TN - Knoxville
2400 Chipman Street
Knoxville, TN 37917


West Florida Recycling
8038 N. Palafox Street
Pensacola, FL 32534


West Pro - Ft. Myers
13110 Rickenbacker Pkwy
Fort Myers, FL 33913


Willie Sproulls
Local-free

```
WSG Scottsboro
POB 550
404 East Will St.
Scottsboro, AL 35768
```

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re  **Facility Environmental Management Inc.**

Debtor(s)

Case No.

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Facility Environmental Management Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  3, 2013**

Date

**/s/ Carl F. Safanda**

**Carl F. Safanda 2440695**

Signature of Attorney or Litigant

Counsel for   **Facility Environmental Management Inc.**

**Safanda Law Firm**

**111 East Side Drive**
**Geneva, IL 60134-2402**
**(630) 262-1761 Fax:(630) 262-1764**
**Plegal@xnet.com**